UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"
DEF 1.1 SANOUVONG, LAMPHONE

Including terminated defendants, excluding terminated counsel

```
    Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  11/16/04
             Closed:  NO
  No. of Defendants:  17
    MJ Case Number:
                AKA:
    Location status:  Released on Bond
         Trial date:
         Terminated:  NO
  Needs interpreter:  NO
  Counsel of record:  Hugh W. Fleischer
                      310 K Street, Suite 200
                      Anchorage, AK 99501
                      907-264-6635
                      FAX 907-264-6602
                      Serve: YES
                       Type: CJA
                       Role: Pretrial/Trial
```

PLF 1.1 UNITED STATES OF AMERICA

```
  Counsel of record:  James N. Barkeley
                      U.S Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial

                      Thomas C. Bradley
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial
```

Counts re: DEF 1.1 SANOUVONG, LAMPHONE

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:371 CONSPIRACY (F) | Terminated |
| 1 - 1 IND | 2 | 18:1955(a) ILLEGAL GAMBLING (F) | Terminated |
| 1 - 1 IND | 49 | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | Terminated |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"
DEF 1.1 SANOUVONG, LAMPHONE

Including terminated defendants, excluding terminated counsel

| 1 - | 1 IND | 50 | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | Terminated |
|-----|-------|-----|----------------------------------------------------------------|------------|
| 1 - | 1 IND | 51 | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | Terminated |
| 99 - | 1 | 1-S | 18:371 CONSPIRACY (F) | Sentenced (367-1) |
| 99 - | 1 | 2-S | 18:1955(a) ILLEGAL GAMBLING BUSINESS | Dismissed (367-1) |
| 99 - | 1 | 49-S | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | Pending |
| 99 - | 1 | 50-S | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | Pending |
| 99 - | 1 | 51-S | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | Pending |
| 99 - | 1 | 57-S | 26:7201 TAX EVASION (F) | Dismissed (367-1) |
| 99 - | 1 | 58-S | 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE | Dismissed (367-1) |
| 99 - | 1 | 59-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (367-1) |
| 99 - | 1 | 60-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (367-1) |
| 99 - | 1 | 61-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (367-1) |
| 99 - | 1 | 62-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (367-1) |
| 99 - | 1 | 63-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (367-1) |
| 99 - | 1 | 64-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (367-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
                            "USA V LAMPHONE SANOUVONG ET AL"
                            DEF 2.1 KHANTHAVONG, VONGLACHIT
          ─────────────────────────────────────────────────────────────────────
                  Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed:  11/16/04
               Closed:  NO
   No. of Defendants:   17
      MJ Case Number:
                  AKA:
      Location status:  Released on Own Recognizance
           Trial date:
           Terminated:  YES
   Needs interpreter:   YES
    Counsel of record:  Thomas Burke Wonnell
                        2600 Denali Street, Suite 460
                        Anchorage, AK 99501
                        907-276-8008
                        FAX 907-278-8571
                        Serve: YES
                         Type: CJA
                         Role: Pretrial/Trial
```

```
   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record:  James N. Barkeley
                       U.S Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial

                       Thomas C. Bradley
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial
```

Counts re: DEF 2.1 KHANTHAVONG, VONGLACHIT

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| 1 -  1 IND | 1 | 18:371 CONSPIRACY (F) | Terminated |
| 1 -  1 IND | 2 | 18:1955(a) ILLEGAL GAMBLING (F) | Terminated |
| 99 - 1 | 1-S | 18:371 CONSPIRACY (F) | Dismissed (368-1) |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
                          "USA V LAMPHONE SANOUVONG ET AL"
                          DEF 2.1 KHANTHAVONG, VONGLACHIT
```

Including terminated defendants, excluding terminated counsel

| | | | | |
|---|---|---|---|---|
| 99 - | 1 | 2-S | 18:1955(a)  ILLEGAL GAMBLING BUSINESS | Dismissed (368-1) |
| 99 - | 1 | 57-S | 26:7201 TAX EVASION (F) | Dismissed (368-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
                         "USA V LAMPHONE SANOUVONG ET AL"
                            DEF 3.1 THINOI, KHONESAVANH
            ─────────────────────────────────────────────────────────────
                   Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed:  11/16/04
              Closed:  NO
  No. of Defendants:  17
      MJ Case Number:
                 AKA:
     Location status:  Released on Own Recognizance
          Trial date:
          Terminated:  NO
   Needs interpreter:  NO
   Counsel of record:  Randall S. Cavanaugh
                       Kalamarides & Associates
                       711 H Street, Suite 450
                       Anchorage, AK 99501
                       907-276-2135
                       Serve: YES
                        Type: CJA
                        Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record:  James N. Barkeley
                       U.S Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial

                       Thomas C. Bradley
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial
```

Counts re: DEF 3.1 THINOI, KHONESAVANH

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 18:371 CONSPIRACY (F) | Terminated |
| 1 -  1 IND | 2 | 18:1955(a) ILLEGAL GAMBLING (F) | Terminated |
| 1 -  1 IND | 52 | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | Terminated |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"
DEF 3.1 THINOI, KHONESAVANH

Including terminated defendants, excluding terminated counsel

| 1 - | 1 IND | 53 | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | Terminated |
|------|-------|------|-------------------------------------------------------------|------------|
| 99 - | 1 | 1-S | 18:371 CONSPIRACY (F) | Dismissed (369-1) |
| 99 - | 1 | 2-S | 18:1955(a) ILLEGAL GAMBLING BUSINESS | Dismissed (369-1) |
| 99 - | 1 | 52-S | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | Pending |
| 99 - | 1 | 53-S | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | Pending |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
                      "USA V LAMPHONE SANOUVONG ET AL"
                        DEF 4.1 MUANGKEO, RUNGSEE
          ─────────────────────────────────────────────────────────────
              Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  11/16/04
             Closed:  NO
  No. of Defendants:  17
     MJ Case Number:
                AKA:
    Location status:  Released on Own Recognizance
         Trial date:
         Terminated:  NO
   Needs interpreter:  YES
   Counsel of record:  Kevin F. McCoy
                       Federal Public Defender
                       550 W. 7th Avenue, Suite 1600
                       Anchorage, AK 99501
                       907-646-3400
                       FAX 907-646-3480
                       Serve: YES
                        Type: FPD
                        Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record:  James N. Barkeley
                       U.S Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial

                       Thomas C. Bradley
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial
```

Counts re: DEF 4.1 MUANGKEO, RUNGSEE

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 18:371 CONSPIRACY (F) | Terminated |
| 1 -   1 IND | 2 | 18:1955(a) ILLEGAL GAMBLING (F) | Terminated |
| 1 -   1 IND | 3 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"
DEF 4.1 MUANGKEO, RUNGSEE

Including terminated defendants, excluding terminated counsel

| 1 - | 1 IND | 4 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |
|---|---|---|---|---|
| 1 - | 1 IND | 5 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |
| 1 - | 1 IND | 6 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |
| 1 - | 1 IND | 7 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |
| 1 - | 1 IND | 8 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |
| 1 - | 1 IND | 9 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |
| 1 - | 1 IND | 10 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |
| 1 - | 1 IND | 11 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |
| 1 - | 1 IND | 12 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |
| 1 - | 1 IND | 13 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |
| 1 - | 1 IND | 14 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |
| 1 - | 1 IND | 15 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |
| 1 - | 1 IND | 16 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |
| 1 - | 1 IND | 17 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |
| 1 - | 1 IND | 18 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |
| 1 - | 1 IND | 19 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |
| 1 - | 1 IND | 20 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |
| 1 - | 1 IND | 21 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |
| 1 - | 1 IND | 22 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |
| 1 - | 1 IND | 23 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |
| 1 - | 1 IND | 24 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |
| 1 - | 1 IND | 25 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |
| 1 - | 1 IND | 26 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |
| 1 - | 1 IND | 27 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |
| 1 - | 1 IND | 28 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |
| 1 - | 1 IND | 29 | 18:1956(a)(1) MONEY LAUNDERING (F) | Terminated |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"
DEF 4.1 MUANGKEO, RUNGSEE

Including terminated defendants, excluding terminated counsel

| | | | | | |
|---|---|---|---|---|---|
| 1 - | 1 IND | 30 | 18:1956(a)(1) MONEY LAUNDERING (F) | | Terminated |
| 1 - | 1 IND | 31 | 18:1956(a)(1) MONEY LAUNDERING (F) | | Terminated |
| 1 - | 1 IND | 32 | 18:1956(a)(1) MONEY LAUNDERING (F) | | Terminated |
| 1 - | 1 IND | 33 | 18:1956(a)(1) MONEY LAUNDERING (F) | | Terminated |
| 1 - | 1 IND | 34 | 18:1956(a)(1) MONEY LAUNDERING (F) | | Terminated |
| 1 - | 1 IND | 35 | 18:1956(a)(1) MONEY LAUNDERING (F) | | Terminated |
| 1 - | 1 IND | 36 | 18:1956(a)(1) MONEY LAUNDERING (F) | | Terminated |
| 1 - | 1 IND | 37 | 18:1956(a)(1) MONEY LAUNDERING (F) | | Terminated |
| 1 - | 1 IND | 38 | 18:1956(a)(1) MONEY LAUNDERING (F) | | Terminated |
| 1 - | 1 IND | 39 | 18:1956(a)(1) MONEY LAUNDERING (F) | | Terminated |
| 1 - | 1 IND | 40 | 18:1956(a)(1) MONEY LAUNDERING (F) | | Terminated |
| 1 - | 1 IND | 41 | 18:1956(a)(1) MONEY LAUNDERING (F) | | Terminated |
| 1 - | 1 IND | 42 | 18:1956(a)(1) MONEY LAUNDERING (F) | | Terminated |
| 1 - | 1 IND | 43 | 18:1956(a)(1) MONEY LAUNDERING (F) | | Terminated |
| 1 - | 1 IND | 44 | 18:1956(a)(1) MONEY LAUNDERING (F) | | Terminated |
| 1 - | 1 IND | 45 | 18:1956(a)(1) MONEY LAUNDERING (F) | | Terminated |
| 1 - | 1 IND | 46 | 31:5324(a)(3) STRUCTURING (F) | | Terminated |
| 1 - | 1 IND | 55 | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | | Terminated |
| 1 - | 1 IND | 56 | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | | Terminated |
| 99 - | 1 | 1-S | 18:371 CONSPIRACY (F) | | Dismissed (320-1) |
| 99 - | 1 | 2-S | 18:1955(a) ILLEGAL GAMBLING BUSINESS | | Dismissed (320-1) |
| 99 - | 1 | 3-S | 18:1956(a)(1) MONEY LAUNDERING (F) | | Dismissed (320-1) |
| 99 - | 1 | 4-S | 18:1956(a)(1) MONEY LAUNDERING (F) | | Dismissed (320-1) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"
DEF 4.1 MUANGKEO, RUNGSEE

Including terminated defendants, excluding terminated counsel

| | | | | | |
|---|---|---|---|---|---|
| 99 - | 1 | 5-S | 18:1956(a)(1) MONEY LAUNDERING (F) | | Dismissed (320-1) |
| 99 - | 1 | 6-S | 18:1956(a)(1) MONEY LAUNDERING (F) | | Dismissed (320-1) |
| 99 - | 1 | 7-S | 18:1956(a)(1) MONEY LAUNDERING (F) | | Dismissed (320-1) |
| 99 - | 1 | 8-S | 18:1956(a)(1) MONEY LAUNDERING (F) | | Dismissed (320-1) |
| 99 - | 1 | 9-S | 18:1956(a)(1) MONEY LAUNDERING (F) | | Dismissed (320-1) |
| 99 - | 1 | 10-S | 18:1956(a)(1) MONEY LAUNDERING (F) | | Dismissed (320-1) |
| 99 - | 1 | 11-S | 18:1956(a)(1) MONEY LAUNDERING (F) | | Dismissed (320-1) |
| 99 - | 1 | 12-S | 18:1956(a)(1) MONEY LAUNDERING (F) | | Dismissed (320-1) |
| 99 - | 1 | 13-S | 18:1956(a)(1) MONEY LAUNDERING (F) | | Dismissed (320-1) |
| 99 - | 1 | 14-S | 18:1956(a)(1) MONEY LAUNDERING (F) | | Dismissed (320-1) |
| 99 - | 1 | 15-S | 18:1956(a)(1) MONEY LAUNDERING (F) | | Dismissed (320-1) |
| 99 - | 1 | 16-S | 18:1956(a)(1) MONEY LAUNDERING (F) | | Dismissed (320-1) |
| 99 - | 1 | 17-S | 18:1956(a)(1) MONEY LAUNDERING (F) | | Dismissed (320-1) |
| 99 - | 1 | 18-S | 18:1956(a)(1) MONEY LAUNDERING (F) | | Dismissed (320-1) |
| 99 - | 1 | 19-S | 18:1956(a)(1) MONEY LAUNDERING (F) | | Dismissed (320-1) |
| 99 - | 1 | 20-S | 18:1956(a)(1) MONEY LAUNDERING (F) | | Dismissed (320-1) |
| 99 - | 1 | 21-S | 18:1956(a)(1) MONEY LAUNDERING (F) | | Dismissed (320-1) |
| 99 - | 1 | 22-S | 18:1956(a)(1) MONEY LAUNDERING (F) | | Dismissed (320-1) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"
DEF 4.1 MUANGKEO, RUNGSEE

Including terminated defendants, excluding terminated counsel

| 99 - | 1 | 23-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (320-1) |
|------|---|------|-------------------------------------|-------------------|
| 99 - | 1 | 24-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (320-1) |
| 99 - | 1 | 25-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (320-1) |
| 99 - | 1 | 26-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (320-1) |
| 99 - | 1 | 27-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (320-1) |
| 99 - | 1 | 28-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (320-1) |
| 99 - | 1 | 29-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (320-1) |
| 99 - | 1 | 30-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (320-1) |
| 99 - | 1 | 31-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (320-1) |
| 99 - | 1 | 32-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (320-1) |
| 99 - | 1 | 33-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (320-1) |
| 99 - | 1 | 34-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (320-1) |
| 99 - | 1 | 35-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (320-1) |
| 99 - | 1 | 36-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (320-1) |
| 99 - | 1 | 37-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (320-1) |
| 99 - | 1 | 38-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (320-1) |
| 99 - | 1 | 39-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (320-1) |
| 99 - | 1 | 40-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (320-1) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"
DEF 4.1 MUANGKEO, RUNGSEE

Including terminated defendants, excluding terminated counsel

| | | | | |
|---|---|---|---|---|
| 99 - | 1 | 41-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (320-1) |
| 99 - | 1 | 42-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (320-1) |
| 99 - | 1 | 43-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (320-1) |
| 99 - | 1 | 44-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (320-1) |
| 99 - | 1 | 45-S | 18:1956(a)(1) MONEY LAUNDERING (F) | Dismissed (320-1) |
| 99 - | 1 | 46-S | 31:5324(a)(3) STRUCTURING (F) | Dismissed (320-1) |
| 99 - | 1 | 55-S | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | Pending |
| 99 - | 1 | 56-S | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | Pending |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
                          "USA V LAMPHONE SANOUVONG ET AL"
                            DEF 5.1 MUANGKEO, MAYUREE

              Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed:  11/16/04
              Closed:  NO
  No. of Defendants:  17
     MJ Case Number:
                 AKA:
     Location status:  Released on Own Recognizance
          Trial date:
          Terminated:  NO
   Needs interpreter:  YES
   Counsel of record:  William D. English
                       Law Office of William D. English
                       310 K Street, #200
                       Anchorage, AK 99501
                       907-264-6722
                       FAX 907-277-0712
                       Serve: YES
                        Type: Retained
                        Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record:  James N. Barkeley
                       U.S Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial

                       Thomas C. Bradley
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial
```

Counts re: DEF 5.1 MUANGKEO, MAYUREE

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| 1 -   1 IND | 1 | 18:371 CONSPIRACY (F) | Terminated |
| 1 -   1 IND | 2 | 18:1955(a) ILLEGAL GAMBLING (F) | Terminated |
| 1 -   1 IND | 55 | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | Terminated |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"
DEF 5.1 MUANGKEO, MAYUREE

Including terminated defendants, excluding terminated counsel

| | | | | | |
|---|---|---|---|---|---|
| 1 - | 1 IND | 56 | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | | Terminated |
| 99 - | 1 | 1-S | 18:371 CONSPIRACY (F) | | Dismissed (314-1) |
| 99 - | 1 | 2-S | 18:1955(a) ILLEGAL GAMBLING BUSINESS | | Dismissed (314-1) |
| 99 - | 1 | 55-S | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | | Pending |
| 99 - | 1 | 56-S | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | | Pending |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"
DEF 6.1 NASUNIN, DANIEL PATTA

Including terminated defendants, excluding terminated counsel

```
    Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  11/16/04
             Closed:  NO
 No. of Defendants:   17
   MJ Case Number:
                AKA:
    Location status:  Released on Own Recognizance
         Trial date:
         Terminated:  YES
 Needs interpreter:   NO
 Counsel of record:   Henry E. Graper
                      Gorton Logue & Graper PC
                      737 M Street
                      Anchorage, AK 99501
                      907-276-1942
                      FAX 907-279-0680
                      Serve: YES
                       Type: CJA
                       Role: Pretrial/Trial
```

PLF 1.1 UNITED STATES OF AMERICA

```
 Counsel of record:   James N. Barkeley
                      U.S Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial

                      Thomas C. Bradley
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial
```

Counts re: DEF 6.1 NASUNIN, DANIEL PATTA

| Document | Count | Citation and Description | Disposition |
| --- | --- | --- | --- |
| 1 - 1 IND | 1 | 18:371 CONSPIRACY (F) | Terminated |
| 1 - 1 IND | 2 | 18:1955(a) ILLEGAL GAMBLING (F) | Terminated |
| 99 - 1 | 1-S | 18:371 CONSPIRACY (F) | Sentenced (370-1) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"
DEF 6.1 NASUNIN, DANIEL PATTA

Including terminated defendants, excluding terminated counsel

99 -   1      2-S    18:1955(a)  ILLEGAL GAMBLING BUSINESS              Dismissed
                                                                        (370-1)

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
                 "USA V LAMPHONE SANOUVONG ET AL"
                    DEF 7.1 NASUNIN, PHATTRA
────────────────────────────────────────────────────────────────────
       Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  11/16/04
             Closed:  NO
 No. of Defendants:  17
    MJ Case Number:
                AKA:
    Location status:  Released on Own Recognizance
         Trial date:
         Terminated:  YES
 Needs interpreter:  YES
  Counsel of record:  John M. Murtagh
                      Law Office of John M. Murtagh
                      1101 W. 7th Avenue
                      Anchorage, AK 99501
                      907-274-8664
                      FAX 907-258-6419
                      Serve: YES
                       Type: CJA
                       Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record:  James N. Barkeley
                      U.S Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial

                      Thomas C. Bradley
                      U.S Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial
```

Counts re: DEF 7.1 NASUNIN, PHATTRA

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:371 CONSPIRACY (F) | Terminated |
| 1 - 1 IND | 2 | 18:1955(a) ILLEGAL GAMBLING (F) | Terminated |
| 99 - 1 | 1-S | 18:371 CONSPIRACY (F) | Dismissed (371-1) |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
                           "USA V LAMPHONE SANOUVONG ET AL"
                              DEF 7.1 NASUNIN, PHATTRA
     ─────────────────────────────────────────────────────────────────────────
               Including terminated defendants, excluding terminated counsel
```

```
99 -   1        2-S      18:1955(a)  ILLEGAL GAMBLING BUSINESS            Dismissed
                                                                          (371-1)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
                          "USA V LAMPHONE SANOUVONG ET AL"
                            DEF 8.1 UDOMSIN, MONTHREE
   ─────────────────────────────────────────────────────────────────────────
              Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed:  11/16/04
               Closed:  NO
   No. of Defendants:  17
      MJ Case Number:
                  AKA:
      Location status:  Released on Own Recognizance
           Trial date:
           Terminated:  NO
   Needs interpreter:  YES
    Counsel of record:  David R. Weber
                        Vasquez & Weber PC
                        943 W. 6th Avenue, Suite 132
                        Anchorage, AK 99501
                        907-279-9122
                        FAX 907-279-9123
                        Serve: YES
                         Type: CJA
                         Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record:  James N. Barkeley
                        U.S Attorney's Office
                        222 W. 7th Avenue, #9
                        Anchorage, AK 99513-7567
                        907-271-5071
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial

                        Thomas C. Bradley
                        U.S. Attorney's Office
                        222 W. 7th Avenue, #9
                        Anchorage, AK 99513-7567
                        907-271-5071
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial
```

Counts re: DEF 8.1 UDOMSIN, MONTHREE

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| 1 -   1 IND | 1 | 18:371 CONSPIRACY (F) | Terminated |
| 1 -   1 IND | 2 | 18:1955(a) ILLEGAL GAMBLING (F) | Terminated |
| 1 -   1 IND | 48 | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | Terminated |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"
DEF 8.1 UDOMSIN, MONTHREE

Including terminated defendants, excluding terminated counsel

| 99 - | 1 | 1-S | 18:371 CONSPIRACY (F) | Dismissed (309-1) |
| 99 - | 1 | 2-S | 18:1955(a) ILLEGAL GAMBLING BUSINESS | Dismissed (309-1) |
| 99 - | 1 | 48-S | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | Pending |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"
DEF 9.1 CHINDARAK, KARRY

Including terminated defendants, excluding terminated counsel

```
     Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed:  11/16/04
              Closed:  NO
  No. of Defendants:   17
     MJ Case Number:
                 AKA:
     Location status:  Released on Own Recognizance
          Trial date:
          Terminated:  NO
   Needs interpreter:  NO
   Counsel of record:  Lance C. Wells
                       733 W. 4th Avenue, Suite 308
                       Anchorage, AK 99501
                       907-274-9696
                       FAX 907-277-9859
                       Serve: YES
                        Type: CJA
                        Role: Pretrial/Trial
```

PLF 1.1 UNITED STATES OF AMERICA

```
   Counsel of record:  James N. Barkeley
                       U.S Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial

                       Thomas C. Bradley
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial
```

Counts re: DEF 9.1 CHINDARAK, KARRY

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 18:371 CONSPIRACY (F) | Terminated |
| 1 -   1 IND | 2 | 18:1955(a) ILLEGAL GAMBLING (F) | Terminated |
| 1 -   1 IND | 47 | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | Terminated |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"
DEF 9.1 CHINDARAK, KARRY

Including terminated defendants, excluding terminated counsel

| | | | | |
|---|---|---|---|---|
| 99 - | 1 | 1-S | 18:371 CONSPIRACY (F) | Sentenced (372-1) |
| 99 - | 1 | 2-S | 18:1955(a) ILLEGAL GAMBLING BUSINESS | Dismissed (372-1) |
| 99 - | 1 | 47-S | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | Pending |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
                         "USA V LAMPHONE SANOUVONG ET AL"
                            DEF 10.1 KEOMANY, JANNIE
     ─────────────────────────────────────────────────────────────────────
                 Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed:  11/16/04
              Closed:  NO
  No. of Defendants:   17
     MJ Case Number:
                 AKA:
     Location status:  Released on Own Recognizance
          Trial date:
          Terminated:  NO
   Needs interpreter:  YES
   Counsel of record:  William F. Dewey
                       Ashton & Dewey
                       1101 W. 7th Avenue
                       Anchorage, AK 99501
                       907-276-3299
                       Serve: YES
                        Type: CJA
                        Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record:  James N. Barkeley
                       U.S Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial

                       Thomas C. Bradley
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial
```

Counts re: DEF 10.1 KEOMANY, JANNIE

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 18:371 CONSPIRACY (F) | Terminated |
| 1 -  1 IND | 2 | 18:1955(a) ILLEGAL GAMBLING (F) | Terminated |
| 1 -  1 IND | 47 | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | Terminated |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"
DEF 10.1 KEOMANY, JANNIE

Including terminated defendants, excluding terminated counsel

| 99 - | 1 | 1-S | 18:371 CONSPIRACY (F) | Sentenced (373-1) |
| 99 - | 1 | 2-S | 18:1955(a) ILLEGAL GAMBLING BUSINESS | Dismissed (373-1) |
| 99 - | 1 | 47-S | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | Pending |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"
DEF 11.1 POWERS, CHANSUDA LABNONGS

Including terminated defendants, excluding terminated counsel

```
      Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed:  11/16/04
              Closed:  NO
   No. of Defendants:  17
     MJ Case Number:
                 AKA:
     Location status:  Released on Own Recognizance
          Trial date:
          Terminated:  YES
   Needs interpreter:  YES
   Counsel of record:  Ronald A. Offret
                       Aglietti & Offret
                       733 W. 4th Avenue, Suite 206
                       Anchorage, AK 99501
                       907-279-8657
                       FAX 907-279-5534
                       Serve: YES
                        Type: CJA
                        Role: Pretrial/Trial
```

PLF 1.1 UNITED STATES OF AMERICA

```
   Counsel of record:  James N. Barkeley
                       U.S Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial

                       Thomas C. Bradley
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial
```

Counts re: DEF 11.1 POWERS, CHANSUDA LABNONGS

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:371 CONSPIRACY (F) | Terminated |
| 1 - 1 IND | 2 | 18:1955(a) ILLEGAL GAMBLING (F) | Terminated |
| 99 - 1 | 1-S | 18:371 CONSPIRACY (F) | Sentenced (374-1) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"
DEF 11.1 POWERS, CHANSUDA LABNONGS

Including terminated defendants, excluding terminated counsel

99 -   1      2-S      18:1955(a)  ILLEGAL GAMBLING BUSINESS              Dismissed
                                                                         (374-1)

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
                "USA V LAMPHONE SANOUVONG ET AL"
                  DEF 12.1 KHAMLEU, KHAMKEO
```

Including terminated defendants, excluding terminated counsel

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  11/16/04
            Closed:  NO
No. of Defendants:   17
   MJ Case Number:
               AKA:
   Location status:  Released on Own Recognizance
        Trial date:
        Terminated:  YES
Needs interpreter:   NO
Counsel of record:   Charles W. Coe
                     Smith Coe et al
                     805 W. 3rd Avenue, Suite 100
                     Anchorage, AK 99501
                     907-276-6173
                     FAX 907-279-1884
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:   James N. Barkeley
                     U.S Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial

                     Thomas C. Bradley
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial
```

Counts re: DEF 12.1 KHAMLEU, KHAMKEO

| Document | | Count | Citation and Description | Disposition |
|---|---|---|---|---|
| 1 - | 1 IND | 1 | 18:371 CONSPIRACY (F) | Terminated |
| 1 - | 1 IND | 2 | 18:1955(a) ILLEGAL GAMBLING (F) | Terminated |
| 99 - | 1 | 1-S | 18:371 CONSPIRACY (F) | Dismissed (256-1) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"
DEF 12.1 KHAMLEU, KHAMKEO

Including terminated defendants, excluding terminated counsel

99 -   1      2-S     18:1955(a)  ILLEGAL GAMBLING BUSINESS              Dismissed
                                                                        (256-1)

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
                          "USA V LAMPHONE SANOUVONG ET AL"
                              DEF 13.1 SUKSUMEK, PARIN
          _____

                  Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  11/16/04
             Closed:  NO
  No. of Defendants:  17
    MJ Case Number:
                AKA:
    Location status:  Released on Own Recognizance
         Trial date:
         Terminated:  YES
  Needs interpreter:  NO
  Counsel of record:  Mark D. Osterman
                      215 Fidalgo, Suite 106
                      Kenai, AK 99611
                      907-283-5660
                      FAX 907-283-5677
                      Serve: YES
                       Type: CJA
                       Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record:  James N. Barkeley
                      U.S Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial

                      Thomas C. Bradley
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


  Counts re: DEF 13.1 SUKSUMEK, PARIN
```

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| 1 - 1 IND | 1 | 18:371 CONSPIRACY (F) | Terminated |
| 1 - 1 IND | 2 | 18:1955(a) ILLEGAL GAMBLING (F) | Terminated |
| 99 - 1 | 1-S | 18:371 CONSPIRACY (F) | Sentenced (375-1) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"
DEF 13.1 SUKSUMEK, PARIN

Including terminated defendants, excluding terminated counsel

99 -   1      2-S    18:1955(a)  ILLEGAL GAMBLING BUSINESS           Dismissed
                                                                    (375-1)

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
                           "USA V LAMPHONE SANOUVONG ET AL"
                            DEF 14.1 MANIVONG, RICHARD
  ───────────────────────────────────────────────────────────────────────────
              Including terminated defendants, excluding terminated counsel
```

```
         Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
        Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                   Filed:  11/16/04
                  Closed:  NO
      No. of Defendants:   17
        MJ Case Number:
                     AKA:
        Location status:   Not specified
              Trial date:
              Terminated:  YES
      Needs interpreter:   YES
      Counsel of record:   None specified
```

PLF 1.1 UNITED STATES OF AMERICA

```
Counsel of record:  James N. Barkeley
                    U.S Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial

                    Thomas C. Bradley
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 14.1 MANIVONG, RICHARD

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 18:371 CONSPIRACY (F) | Terminated |
| 1 -   1 IND | 2 | 18:1955(a) ILLEGAL GAMBLING (F) | Terminated |
| 99 -   1 | 1-S | 18:371 CONSPIRACY (F) | Dismissed (258-1) |
| 99 -   1 | 2-S | 18:1955(a) ILLEGAL GAMBLING BUSINESS | Dismissed (258-1) |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
                     "USA V LAMPHONE SANOUVONG ET AL"
                     DEF 15.1 CHITPASEUTH, BOUNLAY
```

---

Including terminated defendants, excluding terminated counsel

---

```
      Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed:  11/16/04
               Closed:  NO
   No. of Defendants:   17
      MJ Case Number:
                  AKA:
      Location status:  Released on Own Recognizance
           Trial date:
           Terminated:  NO
    Needs interpreter:  YES
    Counsel of record:  Scott A. Sterling
                        Sterling & DeArmond PC
                        851 E. Westpoint Drive
                        Suite 201
                        Wasilla, AK 99654
                        907-376-8076
                        FAX 907-376-8078
                        Serve: YES
                         Type: CJA
                         Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

    Counsel of record:  James N. Barkeley
                        U.S Attorney's Office
                        222 W. 7th Avenue, #9
                        Anchorage, AK 99513-7567
                        907-271-5071
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial

                        Thomas C. Bradley
                        U.S. Attorney's Office
                        222 W. 7th Avenue, #9
                        Anchorage, AK 99513-7567
                        907-271-5071
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial
```

Counts re: DEF 15.1 CHITPASEUTH, BOUNLAY

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| 1 -   1 IND | 1 | 18:371 CONSPIRACY (F) | Terminated |
| 1 -   1 IND | 2 | 18:1955(a) ILLEGAL GAMBLING (F) | Terminated |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"
DEF 15.1 CHITPASEUTH, BOUNLAY

Including terminated defendants, excluding terminated counsel

| | | | | | |
|---|---|---|---|---|---|
| 1 - | 1 IND | 54 | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | | Terminated |
| 99 - | 1 | 1-S | 18:371 CONSPIRACY (F) | | Dismissed (376-1) |
| 99 - | 1 | 2-S | 18:1955(a) ILLEGAL GAMBLING BUSINESS | | Dismissed (376-1) |
| 99 - | 1 | 54-S | 18:1955(d), 981(a)(1)(C) and 28:2461 CRIMINAL FORFEITURE (F) | | Pending |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
                          "USA V LAMPHONE SANOUVONG ET AL"
                            DEF 16.1 SUKSANGUAN, SOMYOS
```

Including terminated defendants, excluding terminated counsel

```
      Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed:  11/16/04
               Closed:  NO
   No. of Defendants:   17
      MJ Case Number:
                  AKA:
      Location status:  Released on Own Recognizance
           Trial date:
           Terminated:  YES
    Needs interpreter:  NO
    Counsel of record:  William B. Carey
                        1502 W. 34th Avenue
                        Anchorage, AK 99503-3643
                        907-272-4255
                        FAX 907-272-4256
                        Serve: YES
                         Type: CJA
                         Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record:  James N. Barkeley
                        U.S Attorney's Office
                        222 W. 7th Avenue, #9
                        Anchorage, AK 99513-7567
                        907-271-5071
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial

                        Thomas C. Bradley
                        U.S. Attorney's Office
                        222 W. 7th Avenue, #9
                        Anchorage, AK 99513-7567
                        907-271-5071
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial
```

Counts re: DEF 16.1 SUKSANGUAN, SOMYOS

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| 99 - 1 | 1-S | 18:371 CONSPIRACY (F) | Sentenced (379-1) |
| 99 - 1 | 2-S | 18:1955(a) ILLEGAL GAMBLING BUSINESS | Dismissed (379-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0126--CR (HRH)
                                    "USA V LAMPHONE SANOUVONG ET AL"
                                       DEF 17.1 JONES, MONTAKARN
```

---

                   Including terminated defendants, excluding terminated counsel

---

```
     Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed:  11/16/04
              Closed:  NO
 No. of Defendants:  17
    MJ Case Number:
                 AKA:
     Location status:  Released on Own Recognizance
          Trial date:  08/01/05
          Terminated:  YES
  Needs interpreter:  YES
   Counsel of record:  Joseph P. Josephson
                       Josephson & Associates PC
                       912 W. 6th Avenue
                       Anchorage, AK 99501
                       907-276-0151
                       FAX 907-276-0155
                       Serve: YES
                        Type: CJA
                        Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record:  James N. Barkeley
                      U.S Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial

                      Thomas C. Bradley
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial
```

Counts re: DEF 17.1 JONES, MONTAKARN

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 99 - 1 | 1-S | 18:371 CONSPIRACY (F) | Dismissed (380-1) |
| 99 - 1 | 2-S | 18:1955(a) ILLEGAL GAMBLING BUSINESS | Dismissed (380-1) |

```
┌──────────────────────────────────────────────────────────────────────┐
│          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA       │
│             CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)        │
│                    "USA V LAMPHONE SANOUVONG ET AL"                    │
│                                                                        │
│                         For all filing dates                          │
└──────────────────────────────────────────────────────────────────────┘
```

   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 11/16/04
            Closed: NO
 No. of Defendants: 17


 Document #   Filed     Docket text
 ─────────────────────────────────────────────────────────────────────────

     1 -   1  11/16/04  [Re: DEF 1-15] PLF 1 Indictment.

  NOTE -   1  11/17/04  [Re: DEF 1] Issued WOA.

  NOTE -   2  11/17/04  [Re: DEF 2] Issued WOA.

  NOTE -   3  11/17/04  [Re: DEF 3] Issued WOA.

  NOTE -   4  11/17/04  [Re: DEF 4] Issued WOA.

  NOTE -   5  11/17/04  [Re: DEF 6] Issued WOA.

  NOTE -   6  11/17/04  [Re: DEF 8] Issued WOA.

  NOTE -   7  11/17/04  [Re: DEF 9] Issued WOA.

  NOTE -   8  11/17/04  [Re: DEF 12] Issued WOA.

  NOTE -   9  11/17/04  [Re: DEF 13] Issued WOA.

     2 -   1  11/17/04  [Re: DEF 1-4; 6; 8-9; 12-13] AHB Grand Jury Minutes; Indt secret; WOAs
                        to be issued; no bail set (det per 18:3142).

     3 -   1  11/17/04  [Re: DEF 5; 7; 10-11; 14-15] AHB Grand Jury Minutes; Indt secretl
                        summons to issue; set for arr and notify USM.

  NOTE -  10  11/19/04  [Re: DEF 1] USM Notice of Arrest; defendant arrested 11/18/04.

  NOTE -  11  11/19/04  [Re: DEF 2] USM Notice of Arrest; defendant arrested 11/18/04.

  NOTE -  12  11/19/04  [Re: DEF 3] USM Notice of Arrest; defendant arrested 11/18/04.

  NOTE -  13  11/19/04  [Re: DEF 6] USM Notice of Arrest; defendant arrested 11/18/04.

  NOTE -  14  11/19/04  [Re: DEF 9] USM Notice of Arrest; defendant arrested 11/18/04.

  NOTE -  15  11/19/04  [Re: DEF 12] USM Notice of Arrest; defendant arrested 11/18/04.

  NOTE -  16  11/19/04  [Re: DEF 13] USM Notice of Arrest; defendant arrested 11/18/04.

  NOTE -  17  11/19/04  [Re: DEF 4] USM Notice of Arrest; defendant arrested 11/19/04.

  NOTE -  18  11/19/04  [Re: DEF 8] USM Notice of Arrest; defendant arrested 11/18/04.

  NOTE -  19  11/19/04  Notation: Proposed Trial Date Setting for Arr to USDJ re:
                        D1-3,6,8,9,12,13.

  NOTE -  20  11/19/04  Notation: Proposed Trial Date Setting for Arr to USDJ re: D4.
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 4 - 1 | 11/19/04 | {SEALED} |
| 4A- 1 | 11/19/04 | DEF 1 Attorney Appearance of S. Priddle. |
| 4B- 1 | 11/19/04 | DEF 8 Attorney Appearance of D. Weber. |
| 4C- 1 | 11/19/04 | DEF 9 Attorney Appearance of L. Wells. |
| 5 - 1 | 11/22/04 | {SEALED} |
| 5A- 1 | 11/22/04 | DEF 9 Surrender of passport. (receipt # 3533). |
| 6 - 1 | 11/23/04 | [Re: DEF 1-2] AHB Court Minutes [ECR: Caroline Edmiston] re: arr on Indt held 11/19/04; re: DEF 2: FPD to appt cnsl, cont reading of Indt set 11/23/04 @ 8:30 a.m.; cont arr & det hrg set 11/23/04 @ 9:15 a.m.; Laotian interpreter needed; re: DEF 1: pled not guilty to cts 1,2,49,50 & 51 of Indt; bond set; DEF 1 rlsd; pretrial mots due 12/17/04; TBJ for DEF 1 & DEF 2 set 1/26/05. cc: USA, S. Priddle, FPD (CJA Clk), USM, USPO, Judge Sedwick |
| 7 - 1 | 11/23/04 | [Re: DEF 1] Order setting conditions of release:  surrender passport to clk by noon 11/22/04; not leave greater Anch area w/crt consent; avoid contact w/co-defs unless w/cnsl. cc: USA, S. Priddle, USM, USPO |
| 8 - 1 | 11/23/04 | [Re: DEF 1] AHB Order regarding preparation for trial; cnsl to meet & confer by 12/6/04; ptms due 12/17/04. cc: USA, S. Priddle |
| 9 - 1 | 11/23/04 | [Re: DEF 1] Cy AHB Order of Release; rlsd to pre-trial services officer. cc: USA, S. Priddle, USM, USPO |
| 10 - 1 | 11/23/04 | DEF 2 Financial Affidavit. |
| 11 - 1 | 11/23/04 | [Re: DEF 2] AHB Order of Temporary Detention Pending Hearing set for 11/23/04 @ 8:30 a.m. & 11:00 a.m.. cc: cc: USA, T. Wonnell, USM, USPO |
| 12 - 1 | 11/23/04 | [Re: DEF 2] AHB Court Minutes [ECR: Elisa Singleton] re: recorded translation of Indt/arr on Indt held 11/23/04; DEF pled not guilty to cts 1 & 2 of Indt; bond set at O/R; def rlsd; ptms due 12/17/04; TBJ set 1/26/05. cc: USA, T. Wonnell, USM, USPO, Judge Sedwick |
| 13 - 1 | 11/23/04 | [Re: DEF 2] AHB Order of Personal Recognizance. |
| 14 - 1 | 11/23/04 | [Re: DEF 2] Order setting conditions of release; obtain no passport; not leave greater Anch area; avoid contact w/co-defs except in presence of cnsl. cc: USA, T. Wonnell, USM, USPO |
| 15 - 1 | 11/23/04 | [Re: DEF 2] AHB Order regarding preparation for trial; cnsl to meet & confer by 12/6/04; ptms due 12/17/04. cc: USA, T. Wonnell |
| 16 - 1 | 11/23/04 | [Re: DEF 2] Cy AHB Order of Release; own recognizance. cc: USA, T. Wonnell, USM, USPO |
| 17 - 1 | 11/23/04 | [Re: DEF 3; 6] AHB Court Minutes [ECR: Elisa Singleton] re: arr on Indt held 11/23/04; FPD to appt cnsl for both defs; DEF 3 pled not guilty to cts 1,2,52 & 53 of Indt; DEF 6 pled not guilty to cts 1 & 2 of Indt; bond set @ own recognizance for both defs; defs rlsd; ptms due 12/17/04; TBJ se 1/26/05. cc: USA, R. Cavanaugh, H. Graper, FPD (CJA Clk), USM, |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
                        "USA V LAMPHONE SANOUVONG ET AL"
```

---

```
                              For all filing dates
```

---

| Document # | Filed | Docket text |
|---|---|---|
| | | USPO, Judge Sedwick |
| 18 - 1 | 11/23/04 | DEF 3 Financial Affidavit. |
| 19 - 1 | 11/23/04 | [Re: DEF 3] AHB Order of Personal Recognizance. cc: USA, R. Cavanaugh, USM, USPO |
| 20 - 1 | 11/23/04 | [Re: DEF 3] Order setting conditions of release; obtain no passport; not leave greater Anch area; avoid contact w/co-defs except in company of cnsl. cc: USA, R. Cavanaugh, USM, USPO |
| 21 - 1 | 11/23/04 | [Re: DEF 3] AHB Order regarding preparation for trial; cnsl to meet & confer by 12/6/04; ptms due 12/17/04. cc: USA, R. Cavanaugh |
| 22 - 1 | 11/23/04 | [Re: DEF 3] Cy AHB Order of Release. cc: USA, R. Cavanaugh, USM, USPO |
| 23 - 1 | 11/23/04 | [Re: DEF 1] Return of WOA executed on 11/18/04. |
| 24 - 1 | 11/23/04 | [Re: DEF 2] Return of WOA executed on 11/18/04. |
| 25 - 1 | 11/23/04 | [Re: DEF 3] Return of WOA executed on 11/18/04. |
| 26 - 1 | 11/23/04 | [Re: DEF 4] Return of WOA executed on 11/18/04. |
| 27 - 1 | 11/23/04 | [Re: DEF 6] Return of WOA executed on 11/18/04. |
| 28 - 1 | 11/23/04 | [Re: DEF 8] Return of WOA executed on 11/18/04. |
| 29 - 1 | 11/23/04 | [Re: DEF 9] Return of WOA executed on 11/18/04. |
| 30 - 1 | 11/23/04 | [Re: DEF 12] Return of WOA executed on 11/18/04. |
| 31 - 1 | 11/23/04 | [Re: DEF 13] Return of WOA executed on 11/18/04. |
| 32 - 1 | 11/23/04 | DEF 3 Unopposed motion to modify bail. |
| 33 - 1 | 11/23/04 | DEF 3 Attorney Appearance of R. Cavanaugh. |
| NOTE - 21 | 11/24/04 | Issued: summons on DEF 5,7,10,11,14,15. |
| 34 - 1 | 11/24/04 | DEF 6 Financial Affidavit. |
| 35 - 1 | 11/24/04 | [Re: DEF 6] AHB Order of Personal Recognizance. cc: USA, H. Graper, USM, USPO |
| 36 - 1 | 11/24/04 | [Re: DEF 6] Order setting conditions of release; surrender passport to clk by noon 11/22/04; not leave greater Anch area; avoid contact w/co-defs except wife & co-defs only in presence of cnsl. cc: USA, H. Graper, USM, USPO |
| 37 - 1 | 11/24/04 | [Re: DEF 6] AHB Order regarding preparation for trial; cnsl to meet & confer by 12/6/04; ptms due 12/17/04. cc: USA, H. Graper |
| 38 - 1 | 11/24/04 | [Re: DEF 6] Cy AHB Order of Release. cc: USA, H. Graper, USM, USPO |
| 39 - 1 | 11/24/04 | [Re: DEF 4] AHB Court Minutes [ECR: Robin Carter] re: recorded translation of Indt/arr on Indt held 11/22/04; pled guilty to cts 1-46, 55 & 56 of Indt; bond set @ O/R; def rlsd; ptms due 12/17/04; TBJ set 1/26/05; cont recorded translation of Indt set 11/24/04 @ 9:00 a.m.; |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | cont arr set 11/24/04 @ 9:45 a.m.. cc: USA, FPD, USM, USPO, Judge Sedwick |
| 40 - 1 | 11/24/04 | [Re: DEF 4] AHB Order of Personal Recognizance. cc: USA, FPD, USM, USPO |
| 41 - 1 | 11/24/04 | [Re: DEF 4] Order setting conditions of release; surrender passport to clk NLT noon on 11/23/04; not leave greater Anch area; avoid contact w/co-defs unless in presence of cnsl w/exception of wife (DEF 5). cc: USA, FPD, USM, USPO |
| 42 - 1 | 11/24/04 | [Re: DEF 4] AHB Order regarding preparation for trial; cnsl to meet & confer 12/6/04; ptms due 12/17/04. cc: USA, FPD |
| 43 - 1 | 11/24/04 | [Re: DEF 4] Cy AHB Order of Release. cc: USA, FPD, USM, USPO |
| 44 - 1 | 11/24/04 | [Re: DEF 1] Clerk's Notice that purusant to Order Setting Condtions of Release dated 11/23/04, the passport # 073832192 has been received by the Clk of Crt and placed in the vault for safe-keeping. cc:USA, S. Priddle, USM, PO, Finance |
| 45 - 1 | 11/24/04 | [Re: DEF 4] Clerk's Notice that purusant to Order Setting Condtions of Release dated 11/24/04, the passport #J417033 has been received by the Clk of Crt and placed in the vault for safe-keeping. cc: USA, FPD, USM, PO |
| 46 - 1 | 11/24/04 | [Re: DEF 6] Clerk's Notice that purusant to Order Setting Condtions of Release dated 11/24/04, the passport # 204648912 has been received by the Clk of Crt and placed in the vault for safe-keeping. cc: USA, H. Graper, USM, PO, Finance |
| 47 - 1 | 11/24/04 | [Re: DEF 8; 13] AHB Court Minutes [ECR: Elisa Singleton] re: arr on Indt held 11/19/04; D. Weber appt CJA cnsl for DEF 8; M. Osterman appt CJA cnsl for DEF 13; cnsl to file entries of appear; DEF 8 pled not guilty to cts 1,2, & 48 of Indt; DEF 13 pled not guilty to cts 1 & 2 of Indt; bond set at O/R for both defs; defs rlsd; ptms due 12/17/04; TBJ set 1/26/05; both defs to surrender passports by COB 11/22/04. cc: USA, D. Weber, M. Osterman, FPD (CJA Clk), USM, USPO, Judge Sedwick |
| 48 - 1 | 11/24/04 | DEF 8 Financial Affidavit. |
| 49 - 1 | 11/24/04 | [Re: DEF 8] AHB Order of Personal Recognizance. cc: USA, D. Weber, USM, USPO |
| 50 - 1 | 11/24/04 | [Re: DEF 8] Order setting conditions of release; surrender passport to FBI; obtain no passport; not leave greater Anch area; avoid contact w/co-defs except in presence of cnsl. cc: USA, D. Weber, USM, USPO |
| 51 - 1 | 11/24/04 | [Re: DEF 8] AHB Order regarding preparation for trial; cnsl to meet & confer by 12/6/04; ptms due 12/17/04. cc: USA, D. Weber |
| 52 - 1 | 11/24/04 | [Re: DEF 8] Cy AHB Order of Release; rlsd on O/R. cc: USA, D. Weber, USM, USPO |
| 53 - 1 | 11/24/04 | DEF 13 Financial Affidavit. |
| 54 - 1 | 11/24/04 | [Re: DEF 13] AHB Order of Personal Recognizance. cc: USA, M. Osterman, USM, USPO |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 55 - 1 | 11/24/04 | [Re: DEF 13] Order setting conditions of release; surrender passport to clk by COB on 11/22/04; obtain no passport; not leave greater Anch area; avoid contact w/co-defs except in presence of cnsl. cc: USA, M. Osterman, USPO, USM |
| 56 - 1 | 11/24/04 | [Re: DEF 13] AHB Order regarding preparation for trial; parties to meet & confer by 12/6/04; ptms due 12/17/04. cc: USA, M. Osterman |
| 57 - 1 | 11/24/04 | [Re: DEF 13] cy AHB Order of Release; rlsd on O/R. cc: USA, M. Osterman, USM, USPO |
| 58 - 1 | 11/24/04 | [Re: DEF 13] Clerk's Notice that purusant to Order Setting Condtions of Release dated 11/24/04, the passport # H265840 has been received by the Clk of Crt and placed in the vault for safe-keeping. cc:USA, M. Osterman, USM, PO, Finance |
| 59 - 1 | 11/24/04 | [Re: DEF 5; 7; 10-11; 14-15] AHB Minute Order setting Thai translation of Indt on 1/5/05 @ 8:00 a.m.; DEF 5,7,10 arr on Indt set 1/5/05 @ 10:00 a.m.; DEF 11,14,15 arr on Indt set 1/5/05 @ 10:30 a.m.. cc: USA, USM, USPO, Defs w/USM cy |
| 60 - 1 | 11/24/04 | DEF 1 motion for release of forfeiture property w/att exhs. |
| 61 - 1 | 11/29/04 | [Re: DEF 3] AHB Order granting Unopposed motion to modify bail (32-1). cc: AUSA, R. Cavanaugh, USM, USPO |
| 62 - 1 | 11/29/04 | [Re: DEF 9; 12] AHB Court Minutes [ECR: Elisa Singleton] re: arr on Indt held 11/19/04; FPD to appt cnsl for DEF 9; stat of cnsl hrg re DEF 12 set 11/24/04 @ 10:00 a.m.; DEF 9 pled not guilty to cts 1,2,47 of Indt; DEF 12 pled not guilty to cts 1 & 2 of Indt; DEF 9 & 12 bond set @ O/R; defs rlsd; ptms due 12/17/04; TBJ set 1/26/05; defs to surrender passports by 11/22/04. cc: USA, L. Wells, FPD (CJA Clk), C. Coe, USM, USPO, Judge Sedwick |
| 63 - 1 | 11/29/04 | DEF 9 Financial Affidavit. |
| 64 - 1 | 11/29/04 | [Re: DEF 9] AHB Order of Personal Recognizance. cc: USA, L. Wells, USM, USPO |
| 65 - 1 | 11/29/04 | [Re: DEF 9] Order setting conditions of release; surrender passport to clk by COB 11/22/04; not leave greater Anch area; avoid contact w/co-defs except in presence of cnsl w/exception of DEF 10. cc: USA, L. Wells, USM, USPO |
| 66 - 1 | 11/29/04 | [Re: DEF 9] AHB Order regarding preparation for trial; cnsl to meet & confer by 12/6/04; ptms due 12/17/04. cc: USA, L. Wells |
| 67 - 1 | 11/29/04 | [Re: DEF 9] Cy AHB Order of Release; rlsd on O/R. cc: USA, L. Wells, USM, USPO |
| 68 - 1 | 11/29/04 | [Re: DEF 12] AHB Order of Personal Recognizance. cc: USA, C. Coe, FPD (CJA Clk), USM, USPO |
| 69 - 1 | 11/29/04 | [Re: DEF 12] Order setting conditions of release; surrender passport to clk by COB 11/22/04. cc: USA, C. Coe, FPD (CJA Clk), USM, USPO |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 70 - 1 | 11/29/04 | [Re: DEF 12] AHB Order regarding preparation for trial; cnsl to meet & confer by 12/6/04; ptms due 12/17/04. cc: USA, C. Coe, FPD (CJA Clk) |
| 71 - 1 | 11/29/04 | [Re: DEF 12] Cy AHB Order of Release. cc: USA, C. Coe, FPD (CJA Clk), USM, USPO |
| 72 - 1 | 11/29/04 | [Re: DEF 12] AHB Court Minutes [ECR: Caroline Edmiston] re: stat of cnsl hrg held 11/24/04; FPD to appt CJA cnsl; conditions of rls remain. cc: USA, C. Coe, USM, USPO, FPD (CJA Cnsl) |
| 73 - 1 | 11/29/04 | DEF 12 Financial Affidavit. |
| 74 - 1 | 11/29/04 | [Re: DEF 4] AHB Court Minutes [ECR: Caroline Edmiston] re: cont recorded translation of Indt; cont arr on Indt held 11/24/04; FPD appt; pled not guilty to cts 1-46, 55 & 56 of Indt; bond set at O/R; ptms due 12/17/04; TBJ set 1/26/05; def to surrender passport. cc: USA, FPD, FPD (CJA Clk), USM, USPO, Judge Sedwick |
| 75 - 1 | 11/29/04 | DEF 4 Financial Affidavit. |
| 76 - 1 | 11/29/04 | [Re: DEF 4] Order setting conditions of release; surrender passport to clk; obtain no passport; not leave greater Anch area; avoid all contact w/co-def except DEF 5 except in presence of cnsl. cc: USA, FPD, FPD (CJA Clk), USM, USPO |
| 77 - 1 | 11/29/04 | [Re: DEF 4] AHB Order regarding preparation for trial; cnsl to meet & confer by 12/6/04; ptms due 12/17/04. cc: USA, FPD, FPD (CJA Clk) |
| 78 - 1 | 11/29/04 | [Re: DEF 9] Clerk's Notice that purusant to Order Setting Condtions of Release dated 11/29/04, the passport # 210973464 has been received by the Clk of Crt and placed in the vault for safe-keeping.cc:USA, L. Wells, USM, PO,Finance |
| 79 - 1 | 11/29/04 | [Re: DEF 12] Clerk's Notice that purusant to Order Setting Condtions of Release dated 11/29/04, the passport # 075805945 has been received by the Clk of Crt and placed in the vault for safe-keeping. USA, C. Coe, USM, PO, Finance |
| 80 - 1 | 11/29/04 | DEF 4 Attorney Appearance of K. McCoy (FPD). |
| 81 - 1 | 11/29/04 | DEF 13 Attorney Appearance of M Osterman. |
| 82 - 1 | 11/30/04 | PLF 1 opposition to DEF 1 motion for release of forfeiture property (60-1). |
| 83 - 1 | 12/03/04 | [Re: DEF 8] CJA appointment of D. Weber. |
| 84 - 1 | 12/03/04 | [Re: DEF 2] CJA appointment of T. B. Wonnell. |
| 85 - 1 | 12/03/04 | [Re: DEF 3] CJA appointment of R. Cavanaugh. |
| 86 - 1 | 12/03/04 | [Re: DEF 6] CJA appointment of  H. Graper. |
| 87 - 1 | 12/03/04 | [Re: DEF 9] CJA appointment of L. Wells. |
| NOTE - 22 | 12/07/04 | Notation: Proposed Trial Date Setting for Arr to USDJ re: DEF 5, 7, 10, 11, 14, 15. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 88 - 1 | 12/07/04 | [Re: DEF 1-4; 6; 8-9; 12-13] JWS Minute Order setting TBJ on 1/26/05 @ 9:00 a.m. & FPTC on 1/26/05 @ 8:30 a.m.. cc: USA, S. Priddle, T. Wonnell, R. Cavanaugh, FPD, H. Graper, D. Weber, L. Wells, C. Coe, M. Osterman, JC, MJ Branson, USM, USPO |
| 89 - 1 | 12/08/04 | [Re: DEF 1-4; 6; 8-9; 12-13] PLF 1 Discovery Conference. |
| 90 - 1 | 12/09/04 | [Re: DEF 1-15] PLF 1 Unopposed motion on shortened time to declare case complex. |
| 91 - 1 | 12/09/04 | DEF 5 Attorney Appearance of W. English. |
| 92 - 1 | 12/10/04 | [Re: DEF 1-15] JWS Minute Order reassigning case to Judge Holland; use case number A04-0126 CR (HRH) on all future filings. cc: USA, S. Priddle, T. Wonnell, R. Cavanaugh, FPD, W. English, H. Graper, D. Weber, L. Wells, C. Coe, M. Osterman, USM, USPO, FPD (CJA Clk), Judge Holland, MJ Branson, JC |
| 93 - 1 | 12/10/04 | [Re: DEF 1] AHB Minute Order Evid hrg on D1's mot for release of forfeiture property (dkt 60) is set for 12/14/04 at 1:30 p.m. in Courtroom #5.  cc: AUSA, S. Priddle, USM, USPO |
| 94 - 1 | 12/13/04 | [Re: DEF 2-6; 8-9; 12-13] HRH Minute Order granting unoppo mot on shortened time to declare case complex (90-1); stat conf set 1/18/05 @ 8:30 a.m.. cc: USA, USM, PO, S. Priddle, T. Wonnell, R. Cavanaugh, FPD, W. English, H. Graper, D. Weber, L. Wells, C. Coe, M. Osterman, MJ Branson |
| 95 - 1 | 12/13/04 | [Re: DEF 12] CJA appointment of C. Coe. |
| 96 - 1 | 12/13/04 | [Re: DEF 13] CJA appointment of M. Osterman. |
| 97 - 1 | 12/14/04 | DEF 1 Notice of filing supplemental exhs re: DEF 1 mot for release of forfeiture property (60-1). |
| NOTE - 23 | 12/15/04 | [Re: DEF 16] Issued WOA. |
| 98 - 1 | 12/15/04 | [Re: DEF 1] AHB Court Minutes [ECR: Robin Carter] re: evid hrg on def's mot for release of forfeiture property held 12/14/04; oral mot to w/d def's mot granted; withdrawing mot for release of forfeiture property (60-1). cc: USA, S. Priddle |
| 99 - 1 | 12/15/04 | [Re: DEF 1-17] PLF 1 Superseding. |
| NOTE - 24 | 12/16/04 | [Re: DEF 16] USM Notice of Arrest; defendant arrested 12/16/04. |
| 100 - 1 | 12/16/04 | DEF 3 motion to extend motions date. |
| 101 - 1 | 12/16/04 | [Re: DEF 1-4; 6; 8-9; 12-13] JDR Grand Jury Minutes; bail set by USMJ cont; set for arr and notify USM. |
| 102 - 1 | 12/16/04 | [Re: DEF 5; 7; 10-11; 14-15; 17] JDR Grand Jury Minutes; bail set OR; summons to be issued; set for arr and notify USM. |
| 103 - 1 | 12/16/04 | [Re: DEF 16] JDR Grand Jury Minutes; WOA to issue; no bail set (det per 18:3142). |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
                        "USA V LAMPHONE SANOUVONG ET AL"
```

---

For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|
| 104 - 1 | 12/16/04 | [Re: DEF 9] AHB Minute Order that arr is set 1:30 p.m., 12/17/04.  cc: USA, L. Wells, USM, PO |
| 105 - 1 | 12/16/04 | [Re: DEF 1] AHB Minute Order that arr on SIndt is set 3:00 p.m., 12/17/04. cc: USA, S. Priddle, USM, PO |
| 106 - 1 | 12/16/04 | [Re: DEF 1] Motion for substitution by CJA counsel w/att exh. |
| 107 - 1 | 12/17/04 | [Re: DEF 16] Order setting conditions of release. Def to surrender passport w/in 24 hours of the first hearing. cc: AUSA, W. Carey, USM, USPO, MJ Branson, Def cy w/cnsl |
| 108 - 1 | 12/17/04 | [Re: DEF 16] Financial Affidavit. |
| 109 - 1 | 12/17/04 | [Re: DEF 16] JDR Order of Personal Recognizance. cc: USA, Wm. Carey, USM, PO |
| 110 - 1 | 12/17/04 | [Re: DEF 16] CY of JDR Order of Release (original to USM by ECRO). cc: USA, Wm. Carey, USM, PO |
| 111 - 1 | 12/17/04 | [Re: DEF 16] JDR Court Minutes [ECR: Elisa Singleton] of arr on 1st SIndt (held 12/16/04); Fin aff FILED; FPD to appoint CJA cnsl; stat of cnsl/cont arr set 12/21/04 at 3:30 p.m.; order setting conditions and Personal recognizance order FILED; Release order SIGNED. cc: USA, FPD (CJA Clerk), USM, PO, Wm. Carey |
| 112 - 1 | 12/17/04 | [Re: DEF 2-3] AHB Minute Order that translation of 1st SIndt set 8:00 a.m.; Arr on 1st SIndt set 10:00 a.m., 12/20/04. cc: USA, T. Wonnell, R. Cavanaugh, USM, PO |
| 113 - 1 | 12/17/04 | [Re: DEF 12] AHB Minute Order that arr on SIndt is set 2:30 p.m, 12/20/04. cc: USA, C. Coe, USM, PO |
| 114 - 1 | 12/17/04 | [Re: DEF 4; 6; 8] AHB Minute Order that translation of SIndt is set 8:00 a.m, 12/21/04; arrs on SIndt set 10:00 a.m., 12/21/04. cc: USA, FPD, H. Graper, D. Weber, USM, PO |
| 115 - 1 | 12/17/04 | [Re: DEF 13] AHB Minute Order that arr on SIndt is set 2:00 p.m., 12/22/04. cc: USA, M. Osterman, USM, PO |
| 116 - 1 | 12/17/04 | [Re: DEF 14] Clerk's Notice as directed by the order setting conditions of release dated 12/17/04, the original passport number 076719525 has been received and placed in the vault for safe-keeping. cc: AUSA, W. Carey, USM, USPO, Finance |
| NOTE - 25 | 12/20/04 | Issued: Summons re: Def 17. |
| 117 - 1 | 12/20/04 | [Re: DEF 17] AHB Minute Order that arr is set 2:00 p.m., 1/13/05. cc: USA, USM, PO, Def (by USM) |
| 118 - 1 | 12/20/04 | [Re: DEF 1] Financial Affidavit. |
| 119 - 1 | 12/20/04 | [Re: DEF 1] AHB Order granting motion for substitution by CJA counsel (106-1). cc: USA, S. Priddle, FPD (CJA Clerk) |
| 120 - 1 | 12/20/04 | [Re: DEF 1] AHB Court Minutes [ECR: Elisa Singleton] of arr on SIndt (held 12/17/04); def plead not guilty; fin aff FILED; bond cont as |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | previously set; mot to w/draw as cnsl GRANTED; order SIGNED.  cc: USA, S. Priddle, USM, PO, FPD (CJA Clerk) |
| 121 - 1 | 12/20/04 | [Re: DEF 9] AHB Court Minutes [ECR: Elisa Singleton] of arr on SIndt (held 12/17/04); def plead not guilty; bond cont as set. |
| 122 - 1 | 12/20/04 | [Re: DEF 2-3] AHB Court Minutes [ECR: Elisa Singleton] of recorded Lao translation of SIndt (held 12/20/04); def 2 not present; cnsl for def 3 stated his client does not need/want services of an interpreter.  cc: USA, T. Wonnell, R. Cavanaugh, USM, PO |
| 123 - 1 | 12/20/04 | [Re: DEF 2-3] AHB Court Minutes [ECR: Elisa Singleton] of arr on 1st SIndt (held 12/20/04); off record parties notified that Def 2 arr on SIndt reset to 8:00 .a.m., 12/28/04 before MJ Roberts; def 3 plead not guilty; bond cont as previously set; cnsl for Def 3 stated his client does not need the assistance of an interpreter.  cc: USA, T. Wonnell, R. Cavanaugh, USM, PO |
| 124 - 1 | 12/20/04 | [Re: DEF 16] CJA appointment of W. Carey. |
| 125 - 1 | 12/20/04 | [Re: DEF 1] CJA appointment of H. Fleischer. |
| 126 - 1 | 12/21/04 | [Re: DEF 12] AHB Court Minutes [ECR: Elisa Singleton] of arr on 1st SIndt (held 12/20/04); def plead not guilty; bond cont as previously set. |
| 127 - 1 | 12/21/04 | [Re: DEF 4; 6; 8] AHB Court Minutes [ECR: Elisa Singleton] of recorded Thai translation of SIndt (held 12/21/04); Def 6 not present. |
| 128 - 1 | 12/21/04 | [Re: DEF 4; 6; 8] AHB Court Minutes [ECR: Elisa Singleton] of Arr on 1st SIndt (held 12/21/04); cnsl for Def 6 stated his client does not require an interpreter; defs plead not guilty as charged; bond cont as previously set.   USA, FPD, H. Graper, D. Weber, USM, PO |
| 129 - 1 | 12/22/04 | [Re: DEF 16] AHB Court Minutes [ECR: Linda Christensen] re: cont arr on 1SS ind/status of cnsl (held 12/21/04); def plead NG to Cts 1 & 2 of 1SS Ind; meet & confer date set for 12/27/04; order re: prep for trial FILED; William Carey appt'd as CJA cnsl.  cc: USA, W. Carey, USM, USPO, Judge Holland |
| 130 - 1 | 12/22/04 | [Re: DEF 16] AHB Order regarding preparation for trial; meet & confer date set for 12/27/04.  cc: USA, W. Carey, Judge Holland |
| 131 - 1 | 12/22/04 | [Re: DEF 10] AHB Minute Order that it has come to the crt's attention that Def 10 requires a Laotian interpreter rather than a Thai interpreter; 1/5/05 8:00 a.m. Thai translation of 1st SIndt and 1/5/05 10:00 a.m. arr on 1st SIndt are VACATED and RESET as to this def only; Playback of recorded Laotian translation of 1st SIndt is set 1:00 p.m., 1/6/05; Arr on 1st SIndt is set for 2:30 p.m., 1/6/05.  cc: USA, USM, PO, Def (1025 E. 20th Ave., Apt. A, Anch., AK 99501) |
| 132 - 1 | 12/22/04 | [Re: DEF 13] AHB Court Minutes [ECR: Caroline Edmiston] of arr on 1st SIndt (held 12/22/04); def plead not guilty; def's conds of rls to remain as previously set. |
| 133 - 1 | 12/29/04 | USM Return of svc on summons re: DEF 7 executed on 12/13/04. |
| 134 - 1 | 12/29/04 | USM Return of svc on summons re: DEF 5 executed on 12/13/04. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
                             "USA V LAMPHONE SANOUVONG ET AL"
```

---

For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|
| 135 - 1 | 12/29/04 | [Re: DEF 16] PLF 1 Discovery Conference Certificate. |
| 136 - 1 | 12/30/04 | [Re: DEF 16] Return of WOA executed on 12-16-04. |
| 137 - 1 | 01/03/05 | [Re: DEF 3] AHB Minute Order holding in abeyance motion to extend motions date (100-1) pending Judge Holland's 1/18/05 stat conf.  cc: USA, R. Cavanaugh |
| 138 - 1 | 01/05/05 | [Re: DEF 2] JDR Court Minutes [ECR: Linda Christensen] re: recorded Lao translation of SI/arr on SI (held 12/28/04); SI translated; def entered NG pleas Cts 1, 2, & 57; bond cont.  cc: USA, B. Wonnell, USM, PO, Judge Holland, MJ Branson |
| 139 - 1 | 01/05/05 | Return of summons unexecuted re: Def 14. |
| 140 - 1 | 01/05/05 | USM Return of svc on summons re: DEF 10 executed on 1/4/05. |
| 141 - 1 | 01/05/05 | USM Return of svc on summons re: DEF 15 executed on 01/03/05. |
| 142 - 1 | 01/05/05 | USM Return of svc on summons re: DEF 11 executed on 01/04/05. |
| 143 - 1 | 01/06/05 | [Re: DEF 5] AHB Order of Personal Recognizance.  cc: USA, Wm. English, USM, PO |
| 144 - 1 | 01/06/05 | [Re: DEF 5] Order setting conditions of release.  cc: USA, Wm. English, USM, PO |
| 145 - 1 | 01/06/05 | [Re: DEF 7] Financial Affidavit. |
| 146 - 1 | 01/06/05 | [Re: DEF 7] AHB Order of Personal Recognizance.  cc: USA, J. Murtagh, USM, PO |
| 147 - 1 | 01/06/05 | [Re: DEF 7] Order setting conditions of release.  cc: USA, J. Murtagh, USM, PO |
| 148 - 1 | 01/06/05 | [Re: DEF 11] Financial Affidavit. |
| 149 - 1 | 01/06/05 | [Re: DEF 11] AHB Order of Personal Recognizance.  cc: USA, R. Offret, USM, PO |
| 150 - 1 | 01/06/05 | [Re: DEF 11] Order setting conditions of release.  cc: USA, R. Offret, USM, PO |
| 151 - 1 | 01/06/05 | DEF 15 Financial Affidavit. |
| 152 - 1 | 01/06/05 | [Re: DEF 15] AHB Order of Personal Recognizance.  cc: USA, S. Sterling, USM, PO |
| 153 - 1 | 01/06/05 | [Re: DEF 15] Order setting conditions of release.  cc: USA, S. Sterling, USM, PO |
| 154 - 1 | 01/06/05 | [Re: DEF 5; 7] AHB Court Minutes [ECR: Robin Carter] re: arrs on 1st SIndt (held 1/5/05); not guilty pleas as to both defs; both defs release O/R; orders of personal recognizance and orders setting conditions of release re: both defs FILED.  cc: USA, Wm. English, J. Murtagh, USM, PO, FPD (CJA Clerk), Judge Holland |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 155 - 1 | 01/06/05 | [Re: DEF 11; 14-15] AHB Court Minutes [ECR: Robin Carter] of arrs on 1st SIndt (held 1/5/05); def 14 not present; not guilty pleas as to defs 11 & 15; defs 11 & 15 released O/R; orders of personal recognizance and orders setting conditions of release re: defs 11 & 15 FILED.  cc: USA, R. Offret, S. Sterling, USM, PO, FPD (CJA Clerk), Judge Holland |
| 156 - 1 | 01/06/05 | [Re: DEF 7] CJA appointment of John Murtagh. |
| 157 - 1 | 01/06/05 | [Re: DEF 11] CJA appointment of R. Offret. |
| 158 - 1 | 01/06/05 | [Re: DEF 15] CJA appointment of Scott A. Sterling. |
| 159 - 1 | 01/07/05 | [Re: DEF 1-17] HRH Minute Order that in light of the presently scheduled 1/18/05 stat conf the 1/26/05 TBJ is VACATED.  cc: USA, H. Fleischer, T. Wonnell, R. Cavanaugh, FPD, Wm. English, H. Graper, J. Murtagh, D. Weber, L. Wells, F. Dewey, R. Offret, C. Coe, M. Osterman, S. Sterling, Wm. Carey, USM, PO, JC |
| 160 - 1 | 01/07/05 | [Re: DEF 10] Financial Affidavit. |
| 161 - 1 | 01/07/05 | [Re: DEF 10] AHB Order of Personal Recognizance.  cc: USA, Wm. Dewey, USM, PO |
| 162 - 1 | 01/07/05 | [Re: DEF 10] Order setting conditions of release.  cc: USA, Wm. Dewey, USM, PO |
| 163 - 1 | 01/07/05 | [Re: DEF 10] AHB Court Minutes [ECR: Caroline Edmiston] of arr on 1st SIndt (held 1/6/05); fin aff FILED; FPD to appoint CJA; def plead not guilty;def release O/R; order of personal recognizance and order setting conditions FILED.  cc: USA, FPD (CJA Clerk), Wm. Dewey, USM, PO, Judge Holland |
| 164 - 1 | 01/10/05 | [Re: DEF 5] Clerk's Notice that as directed by crt's ord setting conditions of release dated 1/6/05 the original passport # 073948806 has been received by the clerk's office and placed in the vault for safe-keeping. cc: USA, W. English, USM, PO, Finance |
| 165 - 1 | 01/10/05 | [Re: DEF 10] Clerk's Notice that as directed by crt's ord setting conditions of release dated 1/7/05 the original passport # 210990725 has been received by the clerk's office and placed in the vault for safe-keeping. cc: USA, W. Dewey, USM, PO, Finance |
| 166 - 1 | 01/10/05 | DEF 11 Attorney Appearance of R. Offret. |
| 167 - 1 | 01/10/05 | [Re: DEF 14] PLF 1 motion to issue warrant of arrest. |
| NOTE - 26 | 01/12/05 | [Re: DEF 14] Issued WOA. |
| 168 - 1 | 01/12/05 | [Re: DEF 14] AHB Order granting motion to issue warrant of arrest (167-1).  cc: AUSA, USM, Def w/usm cy |
| 169 - 1 | 01/12/05 | DEF 15 Attorney Appearance of S.Sterling. |
| 170 - 1 | 01/13/05 | [Re: DEF 17] AHB Court Minutes [ECR: Linda Christensen] re: Arr on 1st SI (held 1/13/05); def not present; Joe Josephson present as friend of the court; summons to be reissued.  cc: USA, USM, USPO, CJA Clerk; Judge Holland |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
                            "USA V LAMPHONE SANOUVONG ET AL"
```

---

For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|

171 - 1   01/13/05   [Re: DEF 10] CJA appointment of W. Dewey.

172 - 1   01/13/05   [Re: DEF 17] PLF 1 motion to reissue summons.

173 - 1   01/18/05   [Re: DEF 7] Attorney Appearance of J. Murtagh.

174 - 1   01/18/05   [Re: DEF 1-13; 15-16] HRH Court Minutes [ECR: Elisa Singleton] of stat conf (held 1/18/05); def 13 not present; govt cnsl to submt lit of phonetic pronunciations of defs' names; crt restated finding that case has been declared complex; TBJ set 5/2/05; estimated to last 1 wk; mots due 3/4/05; responses due 3/18/05; reply due 3/25/05; crt requested all future hrgs involving multiple defs be held in crtroom #2; off record def 15 stated he needed interpretation in Lao rather than Thai; entry of appearance by J. Murtagh FILED.  cc: USA, H. Fleischer, T. Wonnell, R. Cavanaugh, FPD, Wm. English, H. Graper, J. Murtagh, D. Weber, L. Wells, C. Coe, R. Offret, S. Sterling, Wm. Carey, F. Dewey, M. Osterman, JC, MJ Branson, USM, PO

175 - 1   01/18/05   USM Return of summons re: DEF 17 unexecuted.

176 - 1   01/20/05   [Re: DEF 1-13; 15-16] HRH Order (case status); TBJ set 9:00 a.m. 5/2/05; mots due 3/4/05; responses due 3/18/05; reply due 3/25/05; FPD McCoy to undertake coordination of electronic svc between def cnsl; sevice on govt to be by hard cy.  cc: USA, H. Fleischer, T. Wonnell, R. Cavanaugh, FPD, Wm. English, H. Graper, J. Murtagh, D. Weber, L. Wells, C. Coe, R. Offret, S. Sterling, Wm. Carey, F. Dewey, M. Osterman, MJ Branson, USM, PO

177 - 1   01/20/05   [Re: DEF 1-13; 15-16] HRH Minute Order setting TBJ for 9:00 a.m., 5/2/05; brfs/proposed voir dire/proposed jury instructions due 7 dys prior to trial. cc: USA, H. Fleischer, T. Wonnell, R. Cavanaugh, FPD, Wm. English, H. Graper, J. Murtagh, D. Weber, L. Wells, C. Coe, R. Offret, S. Sterling, Wm. Carey, F. Dewey, M. Osterman, JC, MJ Branson, USM, PO

NOTE - 27   01/24/05   Issued: Summons re: Def 17.

178 - 1   01/24/05   [Re: DEF 17] AHB Order granting motion to reissue summons (172-1).  cc: USA

179 - 1   01/24/05   [Re: DEF 17] AHB Minute Order that arr is set 3/7/05 at 2:00 p.m.  cc: USA, USM, PO, Def (by USM)

180 - 1   01/25/05   [Re: DEF 7] PLF 1 Discovery Conference Certificate.

181 - 1   01/25/05   [Re: DEF 10] PLF 1 Discovery Conference Certificate.

182 - 1   01/25/05   [Re: DEF 11] PLF 1 Discovery Conference Certificate.

183 - 1   01/25/05   [Re: DEF 15] PLF 1 Discovery Conference Certificate.

184 - 1   02/04/05   [Re: DEF 2] PLF 1 Unopposed motion on shortened time to modify conditions of release.

185 - 1   02/07/05   [Re: DEF 2] AHB Order granting Unopposed motion on shortened time to modify conditions of release (184-1).  cc: USA, T. Wonnell, USM, PO

---

```
                      UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
                             "USA V LAMPHONE SANOUVONG ET AL"

                                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 186 - 1 | 02/14/05 | DEF 3 motion to compel. |
| 187 - 1 | 02/17/05 | [Re: DEF 3] AHB Minute Order the government's oppo to Def Thinoi's mot to compel is now due by the COB 2/24/05.  cc: AUSA, R. Cvanaugh |
| 188 - 1 | 02/23/05 | DEF 10 Notice of counsel's unavailability from 2/24/05 through 3/4/05 re: Wm. F. Dewey. |
| 189 - 1 | 02/24/05 | DEF 3 Notice of withdrawal of mot to compel. |
| 189 - 2 | 02/25/05 | [Re: DEF 3] Clerk's Notice withdrawing motion to compel (186-1). |
| 190 - 1 | 03/04/05 | DEF 1 Proposed Voir Dire. |
| 191 - 1 | 03/04/05 | DEF 1 motion for severance w/att memo. |
| 192 - 1 | 03/04/05 | DEF 1 motion for a bill of particulars w/att memo. |
| 193 - 1 | 03/04/05 | DEF 1 motion for discovery. |
| 194 - 1 | 03/04/05 | DEF 1 motion for hearing on admissibility of co-conspirators statements. |
| 195 - 1 | 03/04/05 | DEF 1 motion to produce confidential informant |
| 196 - 1 | 03/04/05 | DEF 12 motion for extension of time until 3/11/05 to file motions regarding discovery & evidence w/att aff. |
| 197 - 1 | 03/04/05 | DEF 10 motion to compel w/att memo & exhs. |
| 198 - 1 | 03/07/05 | [Re: DEF 12] HRH Order denying mot for ext of time until 3/11/05 to file mots reg: disc (196-1). cc: USA, H. Fleischer, T. Wonnell, R. Cavanaugh, FPD, W. English, H. Graper, J. Murtagh, D. Weber, L. Wells, W. Dewey, R. Offret, C. Coe, M. Osterman, S. Sterling, W. Carey, MJ Branson |
| 199 - 1 | 03/07/05 | [Re: DEF 17] AHB Court Minutes [ECR: Caroline Edmiston] re: arr on 1st SIndt held 3/7/05; def did not appear (out of the country); sum to be returned as unserved; FPD states J. Josephson to be appointed as CJA cnsl.  cc: USA, FPD, J. Josephson |
| 200 - 1 | 03/07/05 | [Re: DEF 17] AHB Minute Order in light of hrg held 3/7/05, counsel indicated that def is out of the country & summons will be returned unexecuted.  Gov is directed to provide the court with an appropriate address for the def or file a stat rpt w/in 30 days.  Arraignment will be reset and summons reissued upon clerk's receipt of this address.  cc: AUSA, USM, USPO |
| 201 - 1 | 03/08/05 | {SEALED} |
| 202 - 1 | 03/10/05 | [Re: DEF 1] HRH Minute Order plf to file its oppo to def's motio for eharing on admissibility of co-conspirator's statements at dkt 194 by COB 3/15/05.  cc: AUSA, H. Fleischer, T. Wonnell, R. Canavaugh, FPD, W. English, H. Graper, J. Murtagh, D; Weber, L. Wells, W. Dewey, R. Offret, C. Coe, M. Osterman, S. Sterling, W. Carey |
| 203 - 1 | 03/10/05 | [Re: DEF 1-13; 15] HRH Order this case has been deemed complex; granting mot for interim payment of fees (203-1); cnsl may submit single interim voucher for payment of services rendered prior to disposition of case; |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | cnsl may submit interim voucher @ time of their choosing but crt will entertain only 1 voucher per atty prior to final disposition of case as to each def; cnsl are on notice that all vouchers for fees & expenses will be submitted no later than 45 days following entry of a judg concluding this case as to each def; if vouchers aren't fld crt will prompt cnsl once & if vouchers aren't submitted w/i addl time fees & expenses will be deemed waived. cc: H. Fleischer, R. Cavanaugh, FPD, W. Wonnell, W. English, H. Graper, J. Murtagh. D. Weber, L. Wells, W. Dewey, R. Offret, C. Coe, M. Osterman, Sterling, W. Carey, R. Curtner, FPD (CJA Clerk) |
| 204 - 1 | 03/10/05 | {SEALED} |
| 204 - 2 | 03/10/05 | {SEALED} |
| 205 - 1 | 03/22/05 | {SEALED} |
| 206 - 1 | 03/25/05 | [Re: DEF 10] AHB Order granting as directed motion to compel (197-1). cc: USA, W. Dewey |
| 207 - 1 | 03/25/05 | [Re: DEF 1-13; 15-16] HRH Minute Order re pltf to provide the crt w/a propsoed trial plan by 4/12/05; cnsl is put on notice that the trial judge is present;y set to be in a civil trial commencing 4/4/05 that will last 5-7 days & thereafter will be out of district through 4/22/05. cc: USA, H. Fleischer, T. Wonnell, R. Cavanaugh, FPD, W. English, H. Graper, J. Murtagh, D. Weber, L. Wells, F. Dewey, R. Offret, C. Coe, M. Osterman, S. Sterling, W. Carey, USM, USPO, MJ Roberts |
| 208 - 1 | 03/31/05 | DEF 6 Notice of name change. |
| 209 - 1 | 04/04/05 | {SEALED} |
| 210 - 1 | 04/04/05 | {SEALED} |
| 211 - 1 | 04/04/05 | PLF 1; DEF 4 Stipulated agreement to substitute res. |
| 212 - 1 | 04/04/05 | PLF 1; DEF 5 Stipulated agreement to substitute res. |
| 213 - 1 | 04/05/05 | {SEALED} |
| 211 - 2 | 04/06/05 | [Re: DEF 4] HRH Order approving stip agreement to substitute res. cc: USA, FPD, USPO, USM |
| 212 - 2 | 04/06/05 | [Re: DEF 5] HRH Order approving stipulated agreement to substitute res. cc: USA, W. English, USM, USPO |
| 214 - 1 | 04/06/05 | {SEALED} |
| 215 - 1 | 04/06/05 | DEF 9 Notice of Intent to change plea/mot for change of plea date. |
| 209 - 2 | 04/07/05 | {SEALED} |
| 210 - 2 | 04/07/05 | {SEALED} |
| 216 - 1 | 04/08/05 | {SEALED} |
| 217 - 1 | 04/08/05 | [Re: DEF 8] PLF 1 Notice re: new information. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 218 - 1 | 04/08/05 | {SEALED} |
| 219 - 1 | 04/08/05 | DEF 11 Notice of Intent to change plea. |
| 220 - 1 | 04/11/05 | {SEALED} |
| 221 - 1 | 04/11/05 | {SEALED} |
| 222 - 1 | 04/11/05 | {SEALED} |
| 223 - 1 | 04/11/05 | DEF 5 Notice of Intent to change plea. |
| 224 - 1 | 04/11/05 | {SEALED} |
| 225 - 1 | 04/11/05 | {SEALED} |
| 226 - 1 | 04/12/05 | [Re: DEF 9] HRH Order setting PCOP hrg on 4/25/05 @ 9:00 a.m.; DEF 9's TBJ vacated. cc: USA, L. Wells, USM, USPO, MJ Branson, JC |
| 227 - 1 | 04/12/05 | {SEALED} |
| 228 - 1 | 04/13/05 | {SEALED} |
| 229 - 1 | 04/13/05 | {SEALED} |
| 230 - 1 | 04/13/05 | {SEALED} |
| 231 - 1 | 04/14/05 | {SEALED} |
| 232 - 1 | 04/15/05 | [Re: DEF 11] HRH Minute Order setting PCOP hrg on 4/25/05 @ 2:15 p.m.. cc: USA, R. Offret, USM, USPO, MJ Branson, JC |
| 233 - 1 | 04/15/05 | [Re: DEF 1] HRH Minute Order setting PCOP hrg on 4/26/05 @ 2:15 p.m.. cc: USA, H. Fleischer, USM, USPO, MJ Branson, JC |
| 234 - 1 | 04/20/05 | DEF 13 Notice of Intent to change plea. |
| 235 - 1 | 04/22/05 | {SEALED} |
| 236 - 1 | 04/22/05 | [Re: DEF 13] HRH Minute Order setting PCOP on 4/26/05 @ 10:15 a.m.. cc: USA, M. Osterman, USM, USPO, MJ Branson, JC |
| 237 - 1 | 04/22/05 | DEF 2 Notice of Intent to change plea. |
| 238 - 1 | 04/22/05 | DEF 10 Notice of Intent to change plea. |
| 239 - 1 | 04/22/05 | DEF 16 Notice of Intent to change plea. |
| 240 - 1 | 04/22/05 | {SEALED} |
| 241 - 1 | 04/22/05 | {SEALED} |
| 242 - 1 | 04/22/05 | {SEALED} |
| 242 - 2 | 04/25/05 | [Re: DEF 6] HRH Order granting mot on shortened time for authorization to expend CJA funds for translation (242-1). cc: H. Graper, FPD (CJA Clk) |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
                          "USA V LAMPHONE SANOUVONG ET AL"
```

| | | For all filing dates |
|---|---|---|

| Document # | Filed | Docket text |
|---|---|---|

243 -   1   04/25/05   [Re: DEF 9] HRH Minute Order resetting 4/25/05 PCOP to 4/29/05 @ 10:00
                       a.m.. cc: USA, L. Wells, USM, USPO

244 -   1   04/25/05   [Re: DEF 6] HRH Minute Order setting a PCOP hrg on 4/27/05 @ 1:00 p.m..
                       cc: USA, H. Graper, USM, USPO, MJ Branson, JC

245 -   1   04/25/05   [Re: DEF 16] HRH Minute Order setting PCOP hrg on 5/2/05 @ 9:00 a.m..
                       cc: USA, W. Carey, USM, USPO, MJ Branson, JC

246 -   1   04/25/05   [Re: DEF 10] HRH Minute Order setting PCOP hrg on 4/27/05 @ 10:15 a.m..
                       cc: USA, F. Dewey, USM, USPO, MJ Branson, JC

247 -   1   04/25/05   {SEALED}

248 -   1   04/25/05   {SEALED}

249 -   1   04/25/05   {SEALED}

250 -   1   04/25/05   {SEALED}

251 -   1   04/25/05   [Re: DEF 12] PLF 1 Unopposed motion to dismiss w/o prej 1st Superseding
                       Indictment.

252 -   1   04/25/05   [Re: DEF 14] PLF 1 Unopposed motion to dismiss w/o prej 1st Superseding
                       Indictment.

253 -   1   04/26/05   [Re: DEF 11] HRH Court Minutes [ECR: Linda Christensen] re PCOP (held
                       4/25/05); plead guilty to Ct 1 of SI & agreed to forfeiture of
                       $15,025.00; IOS set for 7/27/05 at 8:30 am; bond cont as previously set;
                       off record: trial vacated as to this def.  cc: USA, R. Offret, USM,
                       USPO, MJ Branson

254 -   1   04/26/05   {SEALED}

255 -   1   04/27/05   [Re: DEF 12] HRH Order granting unoppo mot to dismiss w/o prej 1st SIndt
                       (251-1). cc: USA, C. Coe, USM, USPO, MJ Branson

256 -   1   04/27/05   [Re: DEF 12] HRH Judgment of Discharge dismissing cts  1S,2S of SIndt
                       (99-1). cc: USA, C. Coe, Def w/cnsls cy, USM, USPO, MJ Branson, JC

257 -   1   04/27/05   [Re: DEF 14] HRH Order granting unoppo mot to dismiss w/o prej 1st SIndt
                       (252-1). cc: USA, USM, USPO, MJ Branson

258 -   1   04/27/05   [Re: DEF 14] HRH Judgment of Discharge dismissing cts 1S,2S of SIndt
                       (99-1). cc: USA, USM, USPO, MJ Branson, JC

259 -   1   04/27/05   {SEALED}

260 -   1   04/27/05   {SEALED}

261 -   1   04/27/05   [Re: DEF 10] HRH Order for return of property; USM directed to return
                       addtl $4,229.00 plus applicable interest to DEF 10. cc: USA, W. Dewey,
                       USM, USPO

262 -   1   04/27/05   {SEALED}

263 -   1   04/28/05   {SEALED}

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 264 - 1 | 04/28/05 | {SEALED} |
| 265 - 1 | 04/28/05 | {SEALED} |
| 266 - 1 | 04/28/05 | [Re: DEF 10] HRH Court Minutes [ECR: Linda Christensen] re PCOP (held 4/27/05); plead guilty to ct 1 of SI and admitted to forfeiture of $11,489.27 as stated in ct 47 of SI; IOS set for 7/28/05 at 8:30 am; bond cont as previously set; crt to issue order directing USM to rls to the def $4,929.00 plus pre-judgment interest and order def's jewelry returned to her.  cc: USA, W. DEWEY, USM, USPO, MJ BRANSON |
| 267 - 1 | 04/28/05 | {SEALED} |
| 268 - 1 | 04/28/05 | {SEALED} |
| 269 - 1 | 04/28/05 | {SEALED} |
| 270 - 1 | 04/29/05 | [Re: DEF 9] HRH Court Minutes [ECR: Caroline Edmiston] re PCOP (held 04/29/05); Def changed plea to guilty on Ct 1 of the First SIndt and Admitted Ct 3 of the First SIndt; Ct 2 of the First SIndt to be dism at IOS; IOS set 07/27/05 at 1:30; $4,429.00 to be returned to Mrs. Chindarak; Corrections to plea agreement date store opened is 01/2001; USPO (T.Astle) to submit att to all PSR's. cc: USA, L. Wells, USM, USPO. |
| 270A- 1 | 04/29/05 | USM Return of svc re: DEF 17 unexecuted 04/29/05. |
| 271 - 1 | 05/02/05 | {SEALED} |
| 272 - 1 | 05/02/05 | DEF 15 Waiver of indictment. |
| 273 - 1 | 05/02/05 | [Re: DEF 3] Cert cy of HRH Court Minutes [ECR: Linda Christensen] re Arr/EOP held in case A05-0029 CR (held 4/27/05); plead guilty to cts 1 & 2 of felony Info in case A05-0029 CR and admitted to forfeiture of $4,643.00 as stated in ct 52 and $5,281.00 as stated in ct 53 of the SIndt in case A04-0126 CR; IOS set for 7/28/05 at 10:00 am; bond cont as previously set.  cc:  USA, R. Cavanaugh, USM, USPO, MJ Branson |
| 274 - 1 | 05/02/05 | {SEALED} |
| 275 - 1 | 05/02/05 | [Re: DEF 9] HRH Order for return of property; DEF 9's plea agreement deemed amended to reflect that sum of $11,489.27 is subject to forfeiture & that he agrees that addtl $4,229.00 should be released by USM to Jannie Keomany. cc: USA, L. Wells, F. Dewey, USM, USPO |
| 276 - 1 | 05/02/05 | {SEALED} |
| 277 - 1 | 05/02/05 | [Re: DEF 16] HRH Court Minutes [ECR: Denali Elmore] re: PCOP held 5/2/05; def changed plea to guilty on ct 1 of 1st SIndt; IOS set 7/28/05 @ 1:30 p.m.; conds of rls remain as set; FPTC & TBJ vacated. cc: USA, W. Carey, USM, USPO, JC, MJ Branson |
| 278 - 1 | 05/02/05 | {SEALED} |
| 279 - 1 | 05/02/05 | {SEALED} |
| 280 - 1 | 05/02/05 | [Re: DEF 17] PLF 1 motion to reissue summons. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
                          "USA V LAMPHONE SANOUVONG ET AL"
```

---

```
                                For all filing dates
```

---

| Document # | Filed | Docket text |
|---|---|---|
| 281 - 1 | 05/02/05 | DEF 12 Unopposed motion to release passport & terminate conditions of bail. |
| 282 - 1 | 05/03/05 | [Re: DEF 9] AMENDED HRH Court Minutes [ECR: Caroline Edmiston] re PCOP (held 04/29/05); Def changed plea to guilty on Ct 1 fo the First SIndt and Admitted Ct 47 of the First SIndt; Ct 2 of the First SIndt to be dism at IOS; IOS set 07/27/05 at 1:30 p.m.; $4,429.00 to be returned to Mrs. Chindarak; Corrections to plea agreement re date store opened is 01/2001; USPO (T. Astle) to submit att to all PSR's. cc: USA, L. Wells, USM, USPO. |
| 283 - 1 | 05/04/05 | {SEALED} |
| 284 - 1 | 05/04/05 | [Re: DEF 12] HRH Order granting unoppo mot to release passport & terminate conditions of bail (281-1). cc: USA, C. Coe, USM, USPO, Finance |
| 285 - 1 | 05/04/05 | {SEALED} |
| 286 - 1 | 05/05/05 | [Re: DEF 14] Return of WOA returned unexecuted per Court. |
| 287 - 1 | 05/05/05 | {SEALED} |
| 288 - 1 | 05/05/05 | [Re: DEF 17] AHB Order granting motion to reissue summons re D17 (280-1).  cc: AUSA, USM, USPO |
| NOTE - 28 | 05/06/05 | Issued: Summons re D17. |
| 289 - 1 | 05/06/05 | [Re: DEF 17] AHB Minute Order Arraignment is set for 6/10/50 at 9:30 a.m. in Courtroom #6 before Magistrate Judge Roberts. cc: AUSA, USM, USPO, Def w/USM cy |
| 290 - 1 | 05/12/05 | DEF 1 opposition to [Re: DEF 1] PLF 1 motion (request) for entry of preliminary order of forfeiture (254-1) w/att aff & exh. |
| 291 - 1 | 05/17/05 | DEF 1 Notice of withdrawal of obj to req for entry of prel ord of forfeiture. |
| 292 - 1 | 05/23/05 | {SEALED} |
| 292 - 2 | 05/26/05 | {SEALED} |
| 293 - 1 | 05/26/05 | {SEALED} |
| 294 - 1 | 06/08/05 | [Re: DEF 1-17] JDR Minute Order in light of retirement of MJ Branson & at the direction of the Chief Judge, the MJ referral is reassigned to MJ Roberts. cc: cnsl, Judge Holland |
| 295 - 1 | 06/10/05 | [Re: DEF 17] JDR Court Minutes [ECR: Elisa Singleton] re Arraignment on Superseding Indictment (held 6/16/05); govt cnsl to contact ct re rescheduling.  cc: USA, J. Josephson, def w/Josephson's copy, USM, USPO |
| 296 - 1 | 06/10/05 | [Re: DEF 17] JDR Minute Order re Arr set for 6/20/05 at 9:30 a.m. cc: USA, J. Josephson, USM, USPO |
| NOTE - 29 | 06/13/05 | Notation: Proposed Trial Date Setting for Arr to USDJ re: DEF 17. |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
                           "USA V LAMPHONE SANOUVONG ET AL"

                                   For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 297 - 1 | 06/15/05 | USM Return of service re: summons on DEF 17 on 5/11/05. |
| 298 - 1 | 06/20/05 | [Re: DEF 17] JDR Minute Order setting cont arr on 6/23/05 @ 1:30 p.m.. cc: USA, J. Josephson, USM, USPO, Judge Holland |
| 299 - 1 | 06/20/05 | [Re: DEF 17] JDR Court Minutes [ECR: April Karper] re Arr on SIndt (held 6/20/05); J. Josephson accepts appt; Cont Arr on SIndt to be set for 6/22/05 or 6/23/05 before MJ Roberts, Thai interp needed; def pleas NOT GUILTY to Cts 1 and 2 of the First SIndt; meet and confer by 6/23/05; ptm's due 7/7/05; no trial date set; conditions of rls set; cc: USA, FPD, J. Josephson, USM, USPO, Judge Holland. |
| 300 - 1 | 06/20/05 | DEF 17 Financial Affidavit. |
| 301 - 1 | 06/20/05 | [Re: DEF 17] JDR Order of Personal Recognizance. cc: USA, J. Josephson, USM, USPO |
| 302 - 1 | 06/20/05 | [Re: DEF 17] Order setting conditions of release; def to appear @ all proceedings as ordered; surrender any passport to clk w/i 24 hours; obtain no passport; not leave SOA w/o prior written consent of crt; not talk w/any co-def about case w/o atty present. cc: USA, J. Josephson, USM, USPO |
| 303 - 1 | 06/20/05 | [Re: DEF 17] JDR Order regarding preparation for trial; cnsl to meet & confer by 6/23/05; ptms due 7/7/05. cc: USA, J. Josephson |
| 304 - 1 | 06/20/05 | DEF 17 Verified Statement by atty w/att exhs. |
| 305 - 1 | 06/20/05 | [Re: DEF 17] CJA appointment of J. Josephson. |
| 306 - 1 | 06/21/05 | [Re: DEF 17] Clerk's Notice that as directed by crt ord of setting conditions of release dtd 6/20/05 the original passport # H227841 has been received by the clk's ofc and has been placed in the vault for safekeeping. cc: USA, J. Josephson, USM, PO, Finance |
| 307 - 1 | 06/21/05 | [Re: DEF 17] AMENDED JDR Court Minutes [ECR: April Karper] re Arr on SIndt (held 6/20/05); J. Josephson accepts appt; Cont Arr on SIndt to be set for 6/22/05 or 6/23/05 before MJ Roberts *for purposes of a reading of the Indt using an interp, Thai interp needed; def pleas NOT GUILTY to Cts 1 and 2 of the First SIndt; meet and confer by 6/23/05; ptm's due 7/7/05; no trial date set; conditions of rls set; cc: USA, FPD, J. Josephson, USM, USPO, Judge Holland. |
| 308 - 1 | 06/23/05 | [Re: DEF 17] JDR Court Minutes [ECR: April Karper] re Cont Arr on SIndt (held 6/23/05); interp read First SIndt up to page 18 and unfiled Info to the def; cc: USA, J. Josephson, USM, USPO, Judge Holland. |
| 309 - 1 | 06/27/05 | [Re: DEF 8] HRH Judgment of Discharge dismissing cts 1S,2S of SIndt (99-1) with prej. cc: USA, D. Weber, Def w/cnsls cy, USM, USPO, MJ Roberts |
| 310 - 1 | 06/28/05 | [Re: DEF 8] Certified cy HRH Court Minutes [ECR: Caroline Edmiston] re: IOS in A05-027 CR (HRH) held 6/23/05; plf to submit prel ord of forfeiture re: ct 48 of SIndt; cts 1 & 2 of SIndt dism. cc: USA, D. Weber, USM, USPO |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
                           "USA V LAMPHONE SANOUVONG ET AL"
                 _____
                                    For all filing dates
```

Document #    Filed       Docket text

311 -   1    06/28/05    [Re: DEF 17] HRH Minute Order setting TBJ on 8/1/05 @ 9:00 a.m.. cc: J.
                         Barkeley, J. Josephson, USM, USPO, MJ Roberts, JC

312 -   1    06/30/05    {SEALED}

313 -   1    06/30/05    {SEALED}

314 -   1    07/01/05    [Re: DEF 5] HRH Judgment of Discharge dismissed or Other count(s) 1S,2S
                         of SIndt (99-1). cc: USA, W. English, Def w/cnsls cy, USM, USPO, MJ
                         Roberts

315 -   1    07/01/05    {SEALED}

316 -   1    07/01/05    [Re: DEF 17] PLF 1 Discovery Conference Certificate.

NOTE - 30    07/02/05    Notation: DOCKET 317 IS AN UN-USED DOCKET NUMBER.

318 -   1    07/06/05    [Re: DEF 17] HRH Order appointing S. Mattox as trial interpreter. cc:
                         USA, J. Josephson, Finance, S. Mattox w/interpreter packet

319 -   1    07/06/05    {SEALED}

319 -   2    07/07/05    {SEALED}

320 -   1    07/07/05    [Re: DEF 4] HRH Judgment of Discharge dism cts 1S, 2S, 3S, 4S, 5S, 6S,
                         7S,
                         8S,9S,10S,11S,12S,13S,14S,15S,16S,17S,18S,19S,20S,21S,22S,23S,24S,25S,26
                         S,27S,28S,29S,30S,31S,32S,33S,34S,35S,36S,37S,38S,39S,40S,41S,42S,43S,44
                         S,45S,46S of SIndt (99-1). cc: USA, FPD, Def w/cnsls cy, USM, USPO, MJ
                         Roberts

321 -   1    07/12/05    DEF 9 Sentencing Memorandum.

322 -   1    07/15/05    {SEALED}

323 -   1    07/15/05    USM Return of svc on proof of publication re: DEF 1 Notice of forfeiture
                         in Anchorage Daily News on 6/12/05,6/19/05 & 6/26/05.

324 -   1    07/15/05    USM Return of svc on proof of publication re: DEF 9 & 10 Notice of
                         Forfeiture in Anchorage Daily News on 6/12/05, 6/19/05 & 6/26/05.

325 -   1    07/15/05    USM Return of svc on personal svc of notice of forfeiture re: DEF 1 on
                         6/10/05.

326 -   1    07/15/05    USM Return of svc on personal svc of notice of forfeiture re: DEF 17 on
                         6/13/05.

327 -   1    07/15/05    USM Return of svc on personal svc of notice of forfeiture re: DEF 2 on
                         6/13/05.

328 -   1    07/15/05    USM Return of svc on personal svc of notice of forfeiture re: DEF 3 on
                         6/13/05.

329 -   1    07/15/05    USM Return of svc on personal svc of notice of forfeiture re: DEF 4 on
                         6/13/05.

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
                      "USA V LAMPHONE SANOUVONG ET AL"

                            For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 330 - 1 | 07/15/05 | USM Return of svc on personal svc of notice of forfeiture re: DEF 5 on 6/13/05. |
| 331 - 1 | 07/15/05 | USM Return of svc on personal svc of notice of forfeiture re: DEF 6 on 6/17/05. |
| 332 - 1 | 07/15/05 | USM Return of svc on personal svc of notice of forfeiture re: DEF 7 on 6/13/05. |
| 333 - 1 | 07/15/05 | USM Return of svc on personal svc of notice of forfeiture re: DEF 8 on 6/14/05. |
| 334 - 1 | 07/15/05 | USM Return of svc on personal svc of notice of forfeiture re: DEF 9 on 6/13/05. |
| 335 - 1 | 07/15/05 | USM Return of svc on personal svc of notice of forfeiture re: DEF 10 on 6/13/05. |
| 336 - 1 | 07/15/05 | USM Return of svc on personal svc of notice of forfeiture re: DEF 11 on 6/14/05. |
| 337 - 1 | 07/15/05 | USM Return of svc on personal svc of notice of forfeiture re: DEF 13 on 6/13/05. |
| 338 - 1 | 07/15/05 | USM Return of svc on personal svc of notice of forfeiture re: DEF 15 on 6/13/05. |
| 339 - 1 | 07/15/05 | USM Return of svc on personal svc of notice of forfeiture re: DEF 16 on 6/13/05. |
| 340 - 1 | 07/18/05 | DEF 17 Notice of Intent to change plea & req for setting of time for change of plea & sentencing. |
| 341 - 1 | 07/19/05 | {SEALED} |
| 342 - 1 | 07/20/05 | {SEALED} |
| 342 - 2 | 07/20/05 | {SEALED} |
| 343 - 1 | 07/20/05 | {SEALED} |
| 344 - 1 | 07/20/05 | {SEALED} |
| 345 - 1 | 07/21/05 | DEF 10 Sentencing Memorandum. |
| 346 - 1 | 07/21/05 | {SEALED} |
| 347 - 1 | 07/21/05 | {SEALED} |
| 348 - 1 | 07/21/05 | {SEALED} |
| 349 - 1 | 07/22/05 | DEF 16 Unopposed motion on shortened time to continue sentencing w/att aff. |
| 350 - 1 | 07/22/05 | DEF 1 Sentencing Memorandum. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 351 - 1 | 07/22/05 | DEF 16 Sentencing Memorandum. |
| 352 - 1 | 07/22/05 | DEF 6 Sentencing Memorandum. |
| 349 - 2 | 07/25/05 | [Re: DEF 16] HRH Order granting unoppo mot on shortened time to continue 7/27/05 IOS (349-1); IOS reset to 8/4/05 @ 8:30 a.m.. cc: USA, W. Carey, USM, USPO |
| 353 - 1 | 07/25/05 | DEF 11 Sentencing Memorandum. |
| 354 - 1 | 07/25/05 | DEF 13 Sentencing Memorandum. |
| 355 - 1 | 07/26/05 | DEF 1 motion (petition) for hearing adjudicating verified claim w/att exhs. |
| 356 - 1 | 07/27/05 | [Re: DEF 11] HRH Court Minutes [ECR: Caroline Edmiston] re: IOS (held 07/27/05); Defendant sentenced as stated in the judgment; count 2 of the First Superseding Indictment dismissed. cc: USA, R. Offret, USM, USPO. |
| 357 - 1 | 07/27/05 | [Re: DEF 13] HRH Court Minutes [ECR: April Karper] re IOS (held 7/27/05); sent imposed as stated in the judg. |
| 358 - 1 | 07/27/05 | [Re: DEF 15] Certified cy HRH Court Minutes [ECR: April Karper] re IOS in A05-0034-CR (HRH) (held 7/27/05); cts 1 and 2 of the first SIndt dism; cc: USA, S. Sterling, USM, USPO. |
| 359 - 1 | 07/27/05 | [Re: DEF 17] HRH Minute Order vacating 8/1/05 TBJ in light of Info fld in A05-062 CR. cc: USA, J. Josephson, JC, MJ Roberts, USM, USPO |
| 360 - 1 | 07/27/05 | [Re: DEF 1] HRH Court Minutes [ECR: Linda Christensen] re IOS (held 7/27/05); def sentenced as stated in judgment as to Ct 1 of SIndt; Cts 2, 57-64 of SIndt dismissed. |
| 361 - 1 | 07/27/05 | [Re: DEF 9] HRH Court Minutes [ECR: Linda Christensen] re IOS (held 7/27/05); def sentenced as stated in judgment as to Ct 1 of SIndt; Ct 2 of SIndt dismissed. |
| 362 - 1 | 07/27/05 | [Re: DEF 2] Cert cy of HRH Court Minutes [ECR: Linda Christensen] re IOS in A05-0044 CR (HRH) (held 7/27/05); Cts 1, 2, and 57 of the SIndt dismissed. |
| 363 - 1 | 07/27/05 | DEF 1 Notice of withdrawal of pet for hrg adjudicating verified clm. |
| 363 - 2 | 07/28/05 | In re DEF 1: Clerk's Notice withdrawing mot (pet) for hrg adjudicating verified clm (355-1). |
| 364 - 1 | 07/28/05 | [Re: DEF 6] HRH Court Minutes [ECR: Elisa Singleton] re IOS (held 7/28/05); matter rescheduled to 7/29/05 at 9:00 a.m. cc: USA, H. Graper, USM, USPO |
| 365 - 1 | 07/28/05 | [Re: DEF 10] HRH Court Minutes [ECR: Elisa Singleton] re IOS (held 7/28/05); sentence imposed as stated in the judgment; Oral motion to return the defendant's passport granted; clerk's office directed to return passport; Oral motion to dismiss count 2 of Indictment granted. cc: USA, W. Dewey, USM, USPO, Finance |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
                              "USA V LAMPHONE SANOUVONG ET AL"
```

---

                              For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|
| 366 - 1 | 07/29/05 | [Re: DEF 6] HRH Court Minutes [ECR: Robin Carter] Re: IOS (held 7/29/05); sent imposed as stated in judg; bond exonerated; passport to be returned to def by mot of def.  cc: USA, H. GRAPER, USM, USPO, FINANCE |
| 367 - 1 | 08/02/05 | [Re: DEF 1] HRH Judgment dism cts 2S,57S,58S,59S,60S,61S,62S,63S,64S of SIndt (99-1); pleaded guilty to ct 1S of SIndt (99-1); sentenced to 60 mos prob; $100.00 SA. cc: USA, H. Fleischer, Def w/cnsls cy, USM, USPO, MJ Roberts, Finance, FLU |
| 368 - 1 | 08/03/05 | [Re: DEF 2] HRH Judgment of Discharge dism cts 1S,2S,57S of SIndt (99-1). cc: USA, B. Wonnell, Def w/cnsls cy, USM, USPO, MJ Roberts |
| 369 - 1 | 08/03/05 | [Re: DEF 3] HRH Judgment of Discharge dism cts 1S,2S of SIndt (99-1). cc: USA, R. Cavanaugh, Def w/cnsls cy, USM, USPO, MJ Roberts |
| 370 - 1 | 08/03/05 | [Re: DEF 6] HRH Judgment dism ct 2S of SIndt (99-1); pleaded guilty to ct 1S of SIndt (99-1); sentenced to 36 mos prob; $100.00 SA. cc: USA, H. Graper, Def w/cnsls cy, USM, USPO, MJ Roberts, FLU, Finance |
| 371 - 1 | 08/03/05 | [Re: DEF 7] HRH Judgment of Discharge dism cts 1S,2S of SIndt (99-1). cc: USA, J. Murtagh, Def w/cnsls cy, USM, USPO, MJ Roberts |
| 372 - 1 | 08/03/05 | [Re: DEF 9] HRH Judgment dism ct 2S of SIndt (99-1); pleaded guilty to ct 1S of SIndt (99-1); sentenced to 36 mos prob; $100.00 SA. cc: USA, L. Wells, Def w/cnsls cy, USM, USPO, MJ Roberts, Finance, FLU |
| 373 - 1 | 08/03/05 | [Re: DEF 10] HRH Judgment dism ct 2S of SIndt (99-1); pleaded guilty to ct 1S of SIndt (99-1); sentenced to 36 mos prob; $100.00. cc: USA, W. Dewey, Def w/cnsls cy, USM, USPO, MJ Roberts, FLU, Finance |
| 374 - 1 | 08/03/05 | [Re: DEF 11] HRH Judgment dism ct 2S of SIndt (99-1); pleaded guilty to ct 1S of SIndt (99-1); sentenced to 36 mos prob; $100.00 SA. cc: USA, R. Offret, Def w/cnsls cy, USM, USPO, MJ Roberts, FLU, Finance |
| 375 - 1 | 08/04/05 | [Re: DEF 13] HRH Judgment dism ct 2S of SIndt (99-1); pleaded guilty to ct 1S of SIndt (99-1); sentenced to 36 mos prob; $100.00 SA. cc: USA, M. Osterman, Def w/cnsls cy, USM, USPO, MJ Roberts, FLU, Finance |
| 376 - 1 | 08/04/05 | [Re: DEF 15] HRH Judgment of Discharge dism cts 1S,2S of SIndt (99-1). cc: USA, S. Sterling, Def w/cnsls cy, USM, USPO, MJ Roberts |
| 377 - 1 | 08/04/05 | [Re: DEF 17] HRH Court Minutes [ECR: April Karper] re Arr, EOP, and IOS in A05-0062-CR (HRH) (held 8/4/05); plf oral mot to dismiss cts 1 and 2 of the first SIndt GRANTED; cc: USA, J. Josephson, USM, USPO. |
| 378 - 1 | 08/04/05 | [Re: DEF 16] HRH Court Minutes [ECR: Robin Carter] [Re: DEF 16] HRH Court Minutes [ECR: Robin Carter] Re: IOS held 8/4/05; sent imposed as stated in the judg; bond exonerated.  cc: USA, W. CAREY |
| 379 - 1 | 08/04/05 | [Re: DEF 16] HRH Judgment dism ct 2S of SIndt (99-1); pleaded guilty to ct 1S of SIndt (99-1); sentenced to 48 mos prob; $100.00 SA. cc: USA, W. Carey, Def w/cnsls cy, USM, USPO, MJ Roberts, Finance, FLU |
| 380 - 1 | 08/05/05 | [Re: DEF 17] HRH Judgment of Discharge dism cts 1S,2S of SIndt (99-1). cc: USA, J. Josephson, Def w/cnsls cy, USM, USPO, MJ Roberts |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
                      "USA V LAMPHONE SANOUVONG ET AL"

                          For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 381 - 1 | 08/08/05 | [Re: DEF 1] HRH Minute Order re jmt has been entered in this case; CJA cnsl is reminded to file voucher for pymt of atty fees & costs w/in 45 days following completion of the case; if there are outstanding arrangements for investigators or interpreters who have not yet submitted thier vouchers, they too should be promptly submitted. cc: FPD CJA Clerk, H. Fleischer |
| 382 - 1 | 08/08/05 | [Re: DEF 6] HRH Minute Order re jmt has been entered in this case; CJA cnsl is reminded to file voucher for pymt of atty fees & costs w/in 45 days following completion of the case; if there are outstanding arrangements for investigators or interpreters who have not yet submitted thier vouchers, they too should be promptly submitted. cc: FPD CJA Clerk, H. Graper |
| 383 - 1 | 08/08/05 | [Re: DEF 9] HRH Minute Order re jmt has been entered in this case; CJA cnsl is reminded to file voucher for pymt of atty fees & costs w/in 45 days following completion of the case; if there are outstanding arrangements for investigators or interpreters who have not yet submitted thier vouchers, they too should be promptly submitted. cc: FPD CJA Clerk, L. Wells |
| 384 - 1 | 08/08/05 | [Re: DEF 10] HRH Minute Order re jmt has been entered in this case; CJA cnsl is reminded to file voucher for pymt of atty fees & costs w/in 45 days following completion of the case; if there are outstanding arrangements for investigators or interpreters who have not yet submitted thier vouchers, they too should be promptly submitted. cc: FPD CJA Clerk, W. Dewey |
| 385 - 1 | 08/08/05 | [Re: DEF 11] HRH Minute Order re jmt has been entered in this case; CJA cnsl is reminded to file voucher for pymt of atty fees & costs w/in 45 days following completion of the case; if there are outstanding arrangements for investigators or interpreters who have not yet submitted thier vouchers, they too should be promptly submitted. cc: FPD CJA Clerk, R. Offret |
| 386 - 1 | 08/08/05 | [Re: DEF 13] HRH Minute Order re jmt has been entered in this case; CJA cnsl is reminded to file voucher for pymt of atty fees & costs w/in 45 days following completion of the case; if there are outstanding arrangements for investigators or interpreters who have not yet submitted thier vouchers, they too should be promptly submitted. cc: FPD CJA Clerk, M. Osterman |
| 387 - 1 | 08/08/05 | [Re: DEF 16] HRH Minute Order re jmt has been entered in this case; CJA cnsl is reminded to file voucher for pymt of atty fees & costs w/in 45 days following completion of the case; if there are outstanding arrangements for investigators or interpreters who have not yet submitted thier vouchers, they too should be promptly submitted. cc: FPD CJA Clerk, W. Carey |
| 388 - 1 | 08/11/05 | [Re: DEF 1] HRH Court Minutes [ECR: Linda Christensen] re IOS (held 7/27/05);  granting motion (342-2); def sentenced as stated in judgment; Cts 2, 57, 58, 59, 60, 61, 62, 63, and 64 dismissed; bond exonerated. cc:  USA, H. Fleischer, USM, USPO |
| 389 - 1 | 08/11/05 | [Re: DEF 2] Cert cy of AMENDED HRH Court Minutes [ECR: Linda Christensen] re IOS in case A05-0044 CR (HRH) (held 7/27/05); Cts 1, 2, and 57 in case A04-0126-02 CR (HRH) dismissed.  cc:  USA, B. Wonnell, |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
"USA V LAMPHONE SANOUVONG ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | USM, USPO |
| 390 - 1 | 08/12/05 | [Re: DEF 9] PARTIAL Transcript of IOS (held 7/27/05). |
| 391 - 1 | 08/12/05 | [Re: DEF 1] PARTIAL Transcript of IOS (held 7/27/05). |
| 392 - 1 | 08/19/05 | [Re: DEF 13] Partial Transcript re: IOS held 7/27/05. |
| 393 - 1 | 08/19/05 | [Re: DEF 11] Partial Transcript of Imposition of Sentence (held 07/27/05). |
| 394 - 1 | 09/08/05 | [Re: DEF 16] Partial Transcript re IOS (held 8/4/05). |
| 395 - 1 | 09/08/05 | [Re: DEF 6] Partial Transcript re IOS (held 7/29/05). |
| 396 - 1 | 09/08/05 | [Re: DEF 10] Partial Transcript re IOS (held 7/28/05). |
| 397 - 1 | 09/08/05 | {SEALED} |
| 397 - 2 | 09/16/05 | {SEALED} |
| 398 - 1 | 09/19/05 | DEF 9 Unopposed motion to release passport w/att aff. |
| 399 - 1 | 09/21/05 | [Re: DEF 9] HRH Order granting unoppo mot to release passport (398-1). cc: USA, L. Wells, Finance |
| 400 - 1 | 09/21/05 | USM Return of svc of notice of forfeiture re:DEF 1,3-5,8-10 & 15 on Khamkeo Khamieu executed on 8/15/05. |
| 401 - 1 | 09/21/05 | USM Return of svc of notice of forfeiture re:DEF 1,3-5,8-10 & 15 on Don Krohn, First National Bank of Alaska executed on 8/15/05. |
| 402 - 1 | 09/21/05 | USM Return of svc of notice of forfeiture re:DEF 1,3-5,8-10 & 15 on Richard Manivong executed on 8/13/05. |
| 403 - 1 | 09/21/05 | USM Return of svc of notice of forfeiture re:DEF 1,3-5,8-10 & 15 on Jim Page, Wells Fargo Bank Alaska executed on 8/13/05. |
| 404 - 1 | 09/21/05 | USM Return of svc of notice of forfeiture re:DEF 1,3-5,8-10 & 15 on Ms. Soonatree Kintz executed on 8/12/05. |
| 405 - 1 | 09/21/05 | USM Return of svc of notice of forfeiture re:DEF 1,3-5,8-10 & 15 on Charles Coe (cnsl for Khamkeo Khamlen executed on 8/12/05. |
| 406 - 1 | 09/21/05 | USM Return of svc of notice of forfeiture re:DEF 1,3-5,8-10 & 15 on Hung Seng Muangkeo executed on 8/12/05. |
| 407 - 1 | 09/21/05 | USM Return of svc of notice of forfeiture re:DEF 1,3-5,8-10 & 15 on Mayura Vongmongkoz executed on 8/12/05. |
| 408 - 1 | 09/21/05 | USM Return of svc of notice of forfeiture re:DEF 1,3-5,8-10 & 15 on Inpanh F. Boutsomsi executed on 8/15/05. |
| 409 - 1 | 09/21/05 | USM Return of svc of notice of forfeiture re:DEF 1,3-5,8-10 & 15 on Khamphanh Chitpaseuth executed on 8/15/05. |
| 410 - 1 | 09/21/05 | USM Return of svc of notice of forfeiture re:DEF 1,3-5,8-10 & 15 on May Voravong unexecuted. |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
                              "USA V LAMPHONE SANOUVONG ET AL"

                                   For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 411 - 1 | 09/21/05 | USM Return of svc of notice of forfeiture re:DEF 1,3-5,8-10 & 15 on  Ms. Soonatree Kintz unexecuted. |
| 412 - 1 | 09/21/05 | USM Return of svc of notice of forfeiture re:DEF 1,3-5,8-10 & 15 on Richard Manivong unexecuted. |
| 413 - 1 | 09/21/05 | USM Return of svc of notice of forfeiture re:DEF 1,3-5,8-10 & 15 on Vieng Onesyvieng at 2235 Judith Street, Providence, RI 02909 unexecuted. |
| 414 - 1 | 09/21/05 | USM Return of svc of notice of forfeiture re:DEF 1,3-5,8-10 & 15 on Vieng Onesyvieng at 80 Robinson Ave, Attleboro,MA 02703 unexecuted. |
| 415 - 1 | 09/21/05 | USM Return of svc of notice of forfeiture re:DEF 1,3-5,8-10 & 15 on Inpanh F. Boutsomsi unexecuted. |
| 416 - 1 | 09/21/05 | USM Return of svc of notice of forfeiture re:DEF 1,3-5,8-10 & 15 on Keuan Phetsarath unexecuted. |
| 417 - 1 | 09/21/05 | USM Return of svc of notice of forfeiture re:DEF 1,3-5,8-10 & 15 on May Voravong at 309 Oak Street, Modesto, CA 95351 unexecuted. |
| 418 - 1 | 09/21/05 | USM Return of svc of notice of forfeiture re:DEF 1,3-5,8-10 & 15 on Saypana Phoumychith unexecuted. |
| 419 - 1 | 09/21/05 | USM Return of svc of notice of forfeiture re:DEF 1,3-5,8-10 & 15 on Keuan Phetsarath unexecuted. |
| 420 - 1 | 09/21/05 | USM Return of svc of notice of forfeiture re:DEF 1,3-5,8-10 & 15 on Emmanuel Eduarte unexecuted. |
| 421 - 1 | 09/21/05 | USM Return of svc of notice of forfeiture re:DEF 1,3-5,8-10 & 15 on Khamkeo Khamleu unexecuted. |
| 422 - 1 | 09/21/05 | USM Return of svc of notice of forfeiture re:DEF 1,3-5,8-10 & 15 on Sounthorn Chitpaseuth unexecuted. |
| 423 - 1 | 09/23/05 | DEF 16 Unopposed motion for return of passport. |
| 423 - 2 | 09/27/05 | [Re: DEF 16] HRH Order granting unoppo mot for return of passport (423-1); USPO to return passport to DEF 16. cc: USA, W. Carey, USM, USPO, Finance |
| 424 - 1 | 10/07/05 | {SEALED} |
| 424 - 2 | 10/12/05 | {SEALED} |
| 425 - 1 | 10/14/05 | {SEALED} |
| 426 - 1 | 10/14/05 | {SEALED} |
| 425 - 2 | 10/18/05 | {SEALED} |
| 427 - 1 | 10/18/05 | {SEALED} |
| 427 - 2 | 10/19/05 | {SEALED} |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A04-0126--CR (HRH)
                            "USA V LAMPHONE SANOUVONG ET AL"

                                For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 426 - 2 | 10/26/05 | {SEALED} |
| 428 - 1 | 10/27/05 | USM Return of svc on notice of forfeiture re: DEF 1 returned unserved. |
| 429 - 1 | 11/08/05 | {SEALED} |
| 430 - 1 | 11/08/05 | {SEALED} |
| 431 - 1 | 11/08/05 | {SEALED} |
| 429 - 2 | 11/09/05 | {SEALED} |
| 430 - 2 | 11/09/05 | {SEALED} |
| 431 - 2 | 11/09/05 | {SEALED} |
| 432 - 1 | 11/09/05 | {SEALED} |
| 433 - 1 | 11/09/05 | {SEALED} |
| 432 - 2 | 11/10/05 | [Re: DEF 17] HRH Order granting motion for approval of CJA 20 voucher on behalf of Joe Josephson in the amount of $913.20 (432-1).  cc: FPD (CJA CLERK), J. JOSEPHSON |
| 433 - 2 | 11/10/05 | {SEALED} |
| 434 - 1 | 11/10/05 | {SEALED} |
| 435 - 1 | 11/10/05 | {SEALED} |
| 436 - 1 | 11/10/05 | {SEALED} |
| 437 - 1 | 11/10/05 | {SEALED} |
| 438 - 1 | 11/10/05 | {SEALED} |
| 439 - 1 | 11/10/05 | {SEALED} |
| 440 - 1 | 11/17/05 | {SEALED} |
| 434 - 2 | 11/22/05 | {SEALED} |
| 435 - 2 | 11/22/05 | {SEALED} |
| 436 - 2 | 11/22/05 | {SEALED} |
| 437 - 2 | 11/22/05 | {SEALED} |
| 438 - 2 | 11/22/05 | {SEALED} |
| 439 - 2 | 11/22/05 | {SEALED} |
| 440 - 2 | 11/22/05 | {SEALED} |