IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>           Plaintiff, )<br>)<br>  vs. )<br>)<br>LAMPHONE SANOUVONG, et al., )<br>)<br>           Defendants. )<br>_____) | No. 3:04cr0126-HRH |

O R D E R

Case Status

      The court's case manager reports that between June 27, 2005, and August 3, 2005, eight defendants named in the above-captioned case were sentenced either in the case noted or in spin-off cases that were opened with the filing of informations stating lesser offenses. In a number of instances, the forfeiture counts were left open at sentencing, and the court is informed that there are unresolved forfeiture proceedings as to eight defendants. The defendants are:

| | |
|---|---|
| Lamphone Sanouvong | (D-01) |
| Khonesavanh Thinoi | (D-03) |
| Rungsee Muangkeo | (D-04) |
| Mayuree Muangkeo | (D-05) |
| Monthree Udomsin | (D-08) |
| Karry Chindarak | (D-09) |
| Jannie Keomany | (D-10) |
| Bounlay Chitpaseuth | (D-15) |

Government counsel will please take action to bring these forfeiture proceedings to a close no later than August 8, 2006.

DATED at Anchorage, Alaska, this <u>24th</u> day of July, 2006.

<u>/s/ H. Russel Holland</u>
United States District Judge