**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA   v.   LAMPHONE SANOVONG  

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                              CASE NO.  3:04-cr-00126-01-HRH 

 Pam Richter 

PROCEEDINGS: **CLERK'S NOTICE**                DATE: April 9, 2008

In reviewing the above-referenced file, the Court finds it has possession of a passport belonging to defendant Lamphone Sanovong.  Any party wishing to have said item returned to them needs to file a motion to return said item with a proposed Order for the Court's consideration on or before April 23, 2008.

[304cr126-01HRH-clerk's notice re passport.wpd]{CLERKNOT.WPD*Rev.12/97}