LAW OFFICES OF HUGH W. FLEISCHER
310 K. Street, Suite 200
Anchorage, Alaska 99501
907-264-6635
907-264-6602-Fax
hfleisch@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO: A04-0126 CR (HRH) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LAMPHONE SANOUVONG ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S REQUEST FOR PASSPORT**

Defendant, Lamphone Sanouvong, through her undersigned counsel, hereby files her Request that her U.S. Passport be returned to the undersigned on behalf of the defendant.

DATED at Anchorage, Alaska, this 23rd day of April, 2008.

LAW OFFICES OF HUGH W. FLEISCHER

By: S/ Hugh W. Fleischer
    Hugh W. Fleischer
    Attorney for Ms. Sanouvong
    310 K. St., Suite 200
    Anchorage, AK 99501
    907-264-6635
    907-264-6602-Fax
    hfleisch@aol.com

CERTIFICATE OF SERVICE

I certify that on the 23rd day of April, 2008, a true copy of the foregoing was delivered electronically to the following counsel:

James N. Barkley
Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567


S/ Hugh W. Fleischer


9464\529