IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO: A04-0126 CR (HRH) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LAMPHONE SANOUVONG ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**<u>ORDER</u>**

    Defendant, Lamphone Sanouvong, having requested the return of her U.S. Passport,

    IT IS SO ORDERED.

    DATED this ____ day of April, 2008.

                                              _____
                                                  H. Russel Holland
                                                  U.S. DISTRICT JUDGE

9464\530