- 1 -

## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | v. | Lamphone SANOUVONG [D-01] |
| THE HONORABLE H. RUSSEL HOLLAND | | CASE NO.   3:04-cr-0126-HRH |

Deputy Clerk                          Official Recorder

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

By motion filed April 23, 2008 (Docket No. 462), defendant Lamphone Sanouvong requested the return of her passport. By communication of May 5, 2008, counsel was requested to file a revised, proposed order stating the name and address to which the passport should be returned and that it should be returned without presentation of the original receipt issued for the passport.  Counsel will please address this matter forthwith so that the above-mentioned motion may be cleared.