LAW OFFICES OF HUGH W. FLEISCHER
310 K. Street, Suite 200
Anchorage, Alaska 99501
907-264-6635
907-264-6602-Fax
hfleisch@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                 )<br>           Plaintiff,            )<br>                                 )<br>                                 )<br>      v.                         )<br>                                 )<br> LAMPHONE SANOUVONG              )<br>                                 )<br>           Defendant.            )<br>_____) | CASE NO: A04-0126 CR (HRH) |

**DEFENDANT'S RE-REQUEST FOR PASSPORT**

    Defendant, Lamphone Sanouvong, through her undersigned counsel, hereby files her Request that her U.S. Passport be returned to Ms. Lamphone Sanouvong, 1001 Boniface Parkway, Unit 8 N, Anchorage, Alaska 99504. Contact was finally made on this date.

    DATED at Anchorage, Alaska, this 4th day of June,

2008.

                LAW OFFICES OF HUGH W. FLEISCHER


         By: S/ Hugh W. Fleischer
              Hugh W. Fleischer
              Attorney for Ms. Sanouvong
              310 K. St., Suite 200
              Anchorage, AK 99501
              907-264-6635
              907-264-6602-Fax
              hfleisch@aol.com


CERTIFICATE OF SERVICE

I certify that on the 4th day of April, 2008, a true copy of the foregoing was delivered electronically to the following counsel:

James N. Barkley
Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567


S/ Hugh W. Fleischer

9464\531

2