IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>         Plaintiff,          )<br>                             )<br>                             )<br>         v.                  )<br>                             )<br>LAMPHONE SANOUVONG           )<br>                             )<br>         Defendant.          )<br>_____) | CASE NO: A04-0126 CR (HRH) |

## ORDER

Defendant, Lamphone Sanouvong, having requested the return of her U.S. Passport,

IT IS SO ORDERED.

DATED this ____ day of June, 2008.

_____
H. Russel Holland
U.S. DISTRICT JUDGE

9464\532