LAW OFFICES OF HUGH W. FLEISCHER
310 K. Street, Suite 200
Anchorage, Alaska 99501
907-264-6635
907-264-6602-Fax
hfleisch@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>          Plaintiff,        )<br>                             )<br>                             )<br>     v.                      )<br>                             )<br> LAMPHONE SANOUVONG           )<br>                             )<br>          Defendant.         )<br> _____ ) | CASE NO: A04-0126 CR (HRH) |

**ERRATUM RE**
**DEFENDANT'S RE-REQUEST FOR PASSPORT**

Defendant, Lamphone Sanouvong, through her undersigned counsel, hereby files her Request that her U.S. Passport be returned to Ms. Lamphone Sanouvong, 1001 Boniface Parkway, Unit 8 N, Anchorage, Alaska 99504.  The receipt Ms. Sanouvong received from the government for such passport is not available, but notwithstanding such fact Ms. Sanouvong wishes that the passport be returned as requested.

DATED at Anchorage, Alaska, this 6th day of June, 2008.

>LAW OFFICES OF HUGH W. FLEISCHER
>
>By: S/ Hugh W. Fleischer
>Hugh W. Fleischer
>Attorney for Ms. Sanouvong
>310 K. St., Suite 200
>Anchorage, AK 99501
>907-264-6635
>907-264-6602-Fax
>hfleisch@aol.com

CERTIFICATE OF SERVICE

I certify that on the 6th day of April, 2008, a true copy of the foregoing was delivered electronically to the following counsel:

James N. Barkley
Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567

S/ Hugh W. Fleischer

9464\533