```
             IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF ALASKA
```

UNITED STATES OF AMERICA,          )
                                      Plaintiff,   )
                        vs.                                )
LAMPHONE SANOUVONG, et al.,        )
                                    Defendants.  )   No. 3:04-cr-0126-HRH

O R D E R

Motion for Return of Passport

Defendant Lamphone Sanouvong has moved for the return of her passport.[1] By erratum filed June 6, 2008,[2] Ms. Sanouvong indicates that the receipt for such passport is not available. The Government has not opposed the motion to return passport.

IT IS HEREBY ORDERED that the motion for return of passport[3] is granted. The clerk shall return defendant Sanouvong's passport to her by certified mail, return receipt requested:

                Ms. Lamphone Sanouvong
          1001 Boniface Parkway, Unit 8N
             Anchorage, Alaska 99504

---

[1] Docket No. 462; see also Docket Nos. 465 & 466.

[2] Docket No. 466 at 1.

[3] Docket No. 462.

The clerk will please terminate defendant's filing of June 4, 2008,[4] as a pending motion inasmuch as it is a related document to defendant's original motion and not a separate motion.

DATED at Anchorage, Alaska, this <u>10th</u> day of June, 2008.

<u>/s/ H. Russel Holland</u>
United States District Judge

---

[4]Docket No. 465.